# Exhibit C



T 202.248.5403     F 202.580.6559

Jennifer Fountain Connolly
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1701 Pennsylvania Ave., NW, Suite 300
WASHINGTON, DC  20006
www.hbsslaw.com
jenniferc@hbsslaw.com

*Via Electronic Mail*

March 22, 2017

William T. Burke
Grant A. Geyerman
Kylie Hoover
Williams & Connolly LLP
725 Twelfth St., N.W.
Washington, D.C.  20005

     Re:   *Sheet Metal Workers Local No. 20 Welfare and Benefit Fund v. CVS Health Corp.*, Case No. 1:16-cv-00046-S; *Plumbers Welfare Fund, Local 301, U.A., v. CVS Health Corp.*, Case No. 1:16-cv-00047 (D.R.I.)

Dear Bill, Grant & Kylie:

     Plaintiffs write regarding the claims data produced by CVS.  Specifically, CVS has limited its production of claims data to the data produced in *Corcoran v. CVS Health Corp. & CVS Pharm. Inc.*, No. 15-cv-3504 (N.D. Cal.), which was limited to data for transactions in twelve (12) states and the District of Columbia.  The *Corcoran* court held that CVS was only required to produce this data because it dismissed the *Corcoran* plaintiffs' claims in the remaining states.  *See Corcoran* Dkt No. 152.

     CVS's *Corcoran* limitation is not appropriate here.  All of Plaintiffs' statutory and common law claims survived dismissal, and Plaintiffs are seeking to certify a nationwide class of third-party payors, or, in the alternative, a class of TPPs in 32 states.   At a bare minimum, Plaintiffs are entitled to data from Indiana, where Plaintiffs Sheet Metals and Indiana Carpenters reside.  (Illinois data was produced as part of the *Corcoran* production.)

Letter to counsel for CVS
March 22, 2017
Page 2


We therefore request that you promptly produce CVS's claims data on a nationwide basis. Please let us know if CVS will agree to do so.


Very truly yours,

Jennifer Fountain Connolly

cc:    Steve W. Berman
       Beth Fegan
       Ivy Arai Tabbara