# EXHIBIT 17

## Press Release

**CVS/pharmacy Announces Pharmacy Health Care Savings Program Targeted at the Uninsured**

CVS/pharmacy Health Savings Pass Offers 90-Day Supply of More Than 400 Generic Drugs for $9.99 and a 10 Percent Discount at MinuteClinic

WOONSOCKET, R.I., Oct. 30 /PRNewswire-FirstCall/ -- Today, CVS/pharmacy, the nation's leading retail pharmacy, introduced a new pharmacy health care savings program aimed at helping the uninsured during this economic downturn. Starting November 9, consumers who obtain a CVS/pharmacy Health Savings Pass for a $10 annual enrollment fee can fill a 90-day prescription for one of more than 400 common generic maintenance medications that treat conditions like diabetes, high blood pressure and high cholesterol for $9.99 at their local CVS/pharmacy. In addition, the Health Savings Pass will provide access to services and screenings at MinuteClinic, the largest retail health care clinic in the U.S., at a 10 percent discount for cash-paying patients. Both companies are divisions of CVS Caremark (NYSE: CVS), the largest provider of prescriptions in the country.

"The country is facing a very challenging economic environment. People are struggling with health care costs, especially the uninsured and the underinsured," said Tom Ryan, CVS Caremark Chairman, President and CEO. "As the largest provider of pharmacy heath care in the nation, we felt it was the right time to offer consumers another way to make their health care more affordable."

"The new CVS/pharmacy Health Savings Pass fits well with our mission to make innovative and high-quality health and pharmacy services safe, affordable and easy to access," Ryan added. "This new program will not only provide affordability and convenience but also superior service and execution that consumers have come to expect from CVS/pharmacy."

Consumers can obtain a CVS/pharmacy Health Savings Pass at any of the more than 6,300 CVS/pharmacy locations nationwide, by calling 1-888-616-CARE (2273) or online at www.cvs.com/healthsavingspass, where they can

Protected Competitive Materials / Freedom of Information Act ("FOIA")

CVSHSP0168299
CVSC-0197684

also find a complete list of the medications covered. MinuteClinic locations and services can be found at www.minuteclinic.com. MinuteClinic health care centers located in selected CVS/pharmacy stores are staffed by masters-prepared, board-certified nurse practitioners who specialize in family health care and are trained to diagnose, treat and write prescriptions for common family illnesses.

About CVS Caremark

With annual revenues of approximately $85 billion, CVS Caremark is the largest provider of prescriptions in the nation. The Company fills or manages more than 1 billion prescriptions annually. Through its unmatched breadth of service offerings, CVS Caremark is transforming the delivery of health care services in the U.S. The Company is uniquely positioned to effectively manage costs and improve health care outcomes through its more than 6,300 CVS/pharmacy stores; its Caremark Pharmacy Services division (pharmacy benefit management, mail order and specialty pharmacy); its retail-based health clinic subsidiary, MinuteClinic; and its online pharmacy, CVS.com. General information about CVS Caremark is available through the Investor Relations section of the Company's Web site, at http://cvscaremark.com/investors, as well as through the Newsroom section of the Company's Web site, at http://cvscaremark.com/newsroom.

| Media Contact: | Investor Contact: |
|---|---|
| Eileen Howard Dunn | Nancy Christal |
| Senior Vice President | Senior Vice President |
| Corporate Communications | Investor Relations |
| (401) 770-4561 | (914) 722-4704 |

Protected Competitive Materials / Freedom of Information Act ("FOIA")

CVSHSP0168300
CVSC-0197685