# EXHIBIT 18

| | |
|---|---|
| From: | Harlam, Bari A. <BAHarlam@cvs.com> |
| Sent: | Tuesday, November 04, 2008 10:42 AM |
| To: | Colbert, Sue F.; Corkery, Heather A.; DiIuro, Christopher L.; Ghertner, Doug; Kolligian, Mark G.; Morrison, Tom E.; Purdy, David W.; Wingate, Elizabeth S.; Schuldes, Lisa |
| Subject: | Fyi - Health Savings Pass PR |

Fyi - Health Savings Pass PR

----- Original Message -----
From: DeAngelis, Michael J.
To: Campanini, Steven L.; Castel, Carolyn; Sandberg, Jon L.; Dunn, Eileen H.; Harlam, Bari A.
Sent: Mon Nov 03 17:15:52 2008
Subject: CVS Health Savings Pass on NBC

In addition to the NBC News coverage the Health Savings Pass received on Saturday's Today Show (repeated on their Nightly News), numerous affiliates have also ran it as part of their local news broadcasts over the past 3 days.

2 News At Noon
NBC  Dayton  11/03/2008 12:00 PM - 1:00 PM  Impressions: 12,777 Article ID: 25975438
00:44:56 As Mark Mullen shows us, the drugstore giant CVS is ratcheting up a price war to offer deep discounts on prescription drugs, all a sign of the times as businesses change their strategy in today's tough economic climate. At this CVS drugstore in Los Angeles, the vitamins this man is considering, may cost much more than his prescription drugs. CVS, the drug store giant has kicked off a ten buck-a-year membership program, , that allows customers to buy 90-days of generic prescription drugs, more than 400 types, for just $9. 99 per medicine. Anyone can join, but its aimed at America's 45 million with no health insurance. 00:47:56 View Clip <mms://streaming.vmsnews.com/media/INSIGHT/20081103-658246-98AFF5C0-53C2-4D9F-9E69-B2605D19902D.wsx>

13 News Midday
NBC  Rockford  11/03/2008 12:00 PM - 12:30 PM  Impressions: 7,260 Article ID: 25975439
00:23:03 Drugstore giant CVS announced it's ratcheting up a price war to offer deep discounts on prescription drugs, all a sign of the times as businesses change their strategy in today's tough economic climate. Here's NBC's Mark Mullen. At this CVS drugstore in Los Angeles, the vitamins this man is considering, may cost much more than his prescription drugs. CVS, the drug store giant has kicked off a ten buck-a-year membership program, , that allows customers to buy 90-days of generic prescription drugs, more than 400 types, for just $9. 99 per medicine. Anyone can join, but its aimed at America's 45 million with no health insurance. 00:26:03 View Clip <mms://streaming.vmsnews.com/media/INSIGHT/20081103-658246-DDFC50AF-0E73-474A-B294-92B633CCC7B3.wsx>

WHO-TV 13 News At Noon
NBC  Des Moines/Ames  11/03/2008 12:00 PM - 1:00 PM  Impressions: 27,706 Article ID: 25975440
00:16:41 At this CVS drugstore in Los Angeles, the vitamins this man is considering, may cost much more than his prescription drugs. CVS, the drug store giant has kicked off a ten buck-a-year membership program, , that allows customers to buy 90-days of generic prescription drugs, more than 400 types, for just $9. 99 per medicine. Anyone can join, but its aimed at America's 45 million with no health insurance. 00:19:41 View Clip <mms://streaming.vmsnews.com/media/INSIGHT/20081103-658246-BA3A0C1E-0557-4E7F-AF3D-F9BF07D5834B.wsx>

Local 2 News At 11 AM
NBC  Houston  11/03/2008 11:00 AM - 12:00 PM  Impressions: 37,044 Article ID: 25975442

1

00:47:57 At this CVS drugstore in Los Angeles, the vitamins this man is considering, may cost much more than his prescription drugs. CVS, the drug store giant has kicked off a ten buck-a-year membership program, , that allows customers to buy 90-days of generic prescription drugs, more than 400 types, for just $9. 99 per medicine. Anyone can join, but its aimed at America's 45 million with no health insurance. 00:50:57 View Clip <mms://streaming.vmsnews.com/media/INSIGHT/20081103-658246-E59CEEE5-1E8A-4F60-9753-CE7C32494DE8.wsx>

KMIR 6 Today
NBC  Palm Springs/Palm Desert  11/03/2008 9:00 AM - 10:00 AM  Impressions: 1,537 Article ID: 25975443
00:22:07 At this CVS drugstore in Los Angeles, the vitamins this man is considering, may cost much more than his prescription drugs. CVS, the drug store giant has kicked off a ten buck-a-year membership program, , that allows customers to buy 90-days of generic prescription drugs, more than 400 types, for just $9. 99 per medicine. Anyone can join, but its aimed at America's 45 million with no health insurance. 00:25:07 View Clip <mms://streaming.vmsnews.com/media/INSIGHT/20081103-658246-937EADA5-185C-48FD-99CB-49AE5C10C310.wsx>

NBC 33 News Morning Edition
NBC  Baton Rouge  11/03/2008 6:00 AM - 6:30 AM  Impressions: 422
Article ID: 25972972
00:22:30 Reporter: At this CVS drugstore in Los Angeles, the vitamins this man is considering may cost much more than his prescription drugs. CVS , the drugstore giant, has kicked off a $10 a year membership program that allows customers to buy 90 days of prescription generic drugs, more than 400 kinds, for $9.99 per medicine. Anyone can join but it's aimed at America's 45 million with no health insurance. I think you will find that the uninsured choose, do I put gas in my car, do I buy food or do I buy my medication. Reporter: The prescription price war was started by Wal-Mart with CVS beating Wal-Mart's price by a penny. Rare deals for customers at a time of skyrocketing health care costs. Takes a lot of money from my budget. Whatever I take, it is very, very, very expensive. While most of health care spending is going way up, generic drugs are really the one bright aspect where we have been able to hold the line. Reporter: With more than half of all prescription medicine now sold being generic. But what is in it for the drugstore? Certainly not big profits from the sale of deeply discounted pharmaceuticals. But it could get more customers in the door who might do other shopping while picking up their prescriptions, establishing, the store hopes, customer loyalty and creating a financial prescription that could benefit both the business and consumer alike. 00:25:30 View Clip <mms://streaming.vmsnews.com/media/INSIGHT/20081103-658246-F4A069F9-9E9E-4FF1-AA68-6A5CD402EC78.wsx>

News 10
NBC  Lansing/Jackson, MI  11/03/2008 6:00 AM - 7:00 AM  Impressions: 18,152 Article ID: 25972980
00:12:32 Reporter: At this CVS drugstore in Los Angeles, the vitamins this man is considering may cost much more than his prescription drugs. CVS , the drugstore giant, has kicked off a $10 a year membership program that allows customers to buy 90 days of prescription generic drugs, more than 400 kinds, for $9.99 per medicine. Anyone can join but it's aimed at America's 45 million with no health insurance. I think you will find that the uninsured choose, do I put gas in my car, do I buy food or do I buy my medication. Reporter: The prescription price war was started by Wal-Mart with CVS beating Wal-Mart's price by a penny. Rare deals for customers at a time of skyrocketing health care costs. Takes a lot of money from my budget. Whatever I take, it is very, very, very expensive. While most of health care spending is going way up, generic drugs are really the one bright aspect where we have been able to hold the line. Reporter: With more than half of all prescription medicine now sold being generic. But what is in it for the drugstore? Certainly not big profits from the sale of deeply discounted pharmaceuticals. But it could get more customers in the door who might do other shopping while picking up their prescriptions, establishing, the store hopes, customer loyalty and creating a financial prescription that could benefit both the business and consumer alike. 00:15:32 View Clip <mms://streaming.vmsnews.com/media/INSIGHT/20081103-658246-D49083D3-A222-402A-ADB2-F6FCE2E0B58F.wsx>

WSAZ NewsChannel 3 At Sunrise
NBC  Charleston/Huntington  11/03/2008 5:00 AM - 6:00 AM  Impressions: 17,484 Article ID: 25972965
00:29:11 Reporter: At this CVS drugstore in Los Angeles, the vitamins this man is considering may cost much more than his prescription drugs. CVS , the drugstore giant, has kicked off a $10 a year membership program that allows customers to buy 90 days of prescription generic drugs, more than 400 kinds, for $9.99 per medicine. Anyone can join but it's aimed at America's 45 million with no health insurance. I think you will find that the uninsured choose, do I put gas in my car, do I buy food or do I buy my medication. Reporter: The prescription price war was started by Wal-Mart with CVS beating Wal-Mart's price by a penny. Rare deals for customers at a time of skyrocketing health care costs. Takes a lot of money from my budget. Whatever I take, it is very, very, very expensive. While most of health care spending is going way up, generic drugs are really the one bright aspect where we have been able to hold the line. Reporter: With more than half of all prescription medicine now sold being generic.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CVS
Corcoran – CONFIDENTIAL

CHSP001311
CVSC-0001687

But what is in it for the drugstore? Certainly not big profits from the sale of deeply discounted pharmaceuticals. But it could get more customers in the door who might do other shopping while picking up their prescriptions, establishing, the store hopes, customer loyalty and creating a financial prescription that could benefit both the business and consumer alike. 00:32:11 View Clip <mms://streaming.vmsnews.com/media/INSIGHT/20081103-658246-8B3A1C40-6A63-4003-8EDE-46895B8D6C77.wsx>

WTAP News At Eleven
NBC  Parkersburg  11/02/2008 11:00 PM - 12:35 AM  Impressions: 4,472 Article ID: 25972997
00:40:10 Reporter: At this CVS drugstore in Los Angeles, the vitamins this man is considering may cost much more than his prescription drugs. CVS , the drugstore giant, has kicked off a $10 a year membership program that allows customers to buy 90 days of prescription generic drugs, more than 400 kinds, for $9.99 per medicine. Anyone can join but it's aimed at America's 45 million with no health insurance. I think you will find that the uninsured choose, do I put gas in my car, do I buy food or do I buy my medication. Reporter: The prescription price war was started by Wal-Mart with CVS beating Wal-Mart's price by a penny. Rare deals for customers at a time of skyrocketing health care costs. Takes a lot of money from my budget. Whatever I take, it is very, very, very expensive. While most of health care spending is going way up, generic drugs are really the one bright aspect where we have been able to hold the line. Reporter: With more than half of all prescription medicine now sold being generic. But what is in it for the drugstore? Certainly not big profits from the sale of deeply discounted pharmaceuticals. But it could get more customers in the door who might do other shopping while picking up their prescriptions, establishing, the store hopes, customer loyalty and creating a financial prescription that could benefit both the business and consumer alike. 00:43:10 View Clip <mms://streaming.vmsnews.com/media/INSIGHT/20081102-658246-AADEFF78-F4AA-491D-92AD-6A652E61AA98.wsx>

KTAL News At Five
NBC  Shreveport  11/02/2008 5:00 PM - 5:30 PM  Impressions: 6,553 Article ID: 25972969
00:20:29 Reporter: At this CVS drugstore in Los Angeles, the vitamins this man is considering may cost much more than his prescription drugs. CVS , the drugstore giant, has kicked off a $10 a year membership program that allows customers to buy 90 days of prescription generic drugs, more than 400 kinds, for $9.99 per medicine. Anyone can join but it's aimed at America's 45 million with no health insurance. I think you will find that the uninsured choose, do I put gas in my car, do I buy food or do I buy my medication. Reporter: The prescription price war was started by Wal-Mart with CVS beating Wal-Mart's price by a penny. Rare deals for customers at a time of skyrocketing health care costs. Takes a lot of money from my budget. Whatever I take, it is very, very, very expensive. While most of health care spending is going way up, generic drugs are really the one bright aspect where we have been able to hold the line. Reporter: With more than half of all prescription medicine now sold being generic. But what is in it for the drugstore? Certainly not big profits from the sale of deeply discounted pharmaceuticals. But it could get more customers in the door who might do other shopping while picking up their prescriptions, establishing, the store hopes, customer loyalty and creating a financial prescription that could benefit both the business and consumer alike. 00:23:29 View Clip <mms://streaming.vmsnews.com/media/INSIGHT/20081102-658246-19327286-1766-451C-BC58-15B6F636A523.wsx>

KNWA News
NBC  Fort Smith/Fayetteville/Springdale/Rogers  11/02/2008 5:00 PM - 5:30 PM  Impressions: 5,996 Article ID: 25972976
00:25:59 Reporter: At this CVS drugstore in Los Angeles, the vitamins this man is considering may cost much more than his prescription drugs. CVS , the drugstore giant, has kicked off a $10 a year membership program that allows customers to buy 90 days of prescription generic drugs, more than 400 kinds, for $9.99 per medicine. Anyone can join but it's aimed at America's 45 million with no health insurance. I think you will find that the uninsured choose, do I put gas in my car, do I buy food or do I buy my medication. Reporter: The prescription price war was started by Wal-Mart with CVS beating Wal-Mart's price by a penny. Rare deals for customers at a time of skyrocketing health care costs. Takes a lot of money from my budget. Whatever I take, it is very, very, very expensive. While most of health care spending is going way up, generic drugs are really the one bright aspect where we have been able to hold the line. Reporter: With more than half of all prescription medicine now sold being generic. But what is in it for the drugstore? Certainly not big profits from the sale of deeply discounted pharmaceuticals. But it could get more customers in the door who might do other shopping while picking up their prescriptions, establishing, the store hopes, customer loyalty and creating a financial prescription that could benefit both the business and consumer alike. 00:28:59 View Clip <mms://streaming.vmsnews.com/media/INSIGHT/20081102-658246-E0B73298-0CE8-4C14-935F-A7050559F944.wsx>

Channel 3 Noon News
NBC  Cleveland/Akron  11/02/2008 12:00 PM - 12:30 PM  Impressions: 94,950 Article ID: 25972913
00:19:38 Reporter: At this CVS drugstore in Los Angeles, the vitamins this man is considering may cost much more than his prescription drugs. CVS , the drugstore giant, has kicked off a $10 a year membership program that allows customers to buy 90 days of prescription generic drugs, more than 400 kinds, for $9.99 per medicine. Anyone can join but it's aimed at America's 45

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CVS
Corcoran – CONFIDENTIAL

CHSP001312
CVSC-0001688

million with no health insurance. I think you will find that the uninsured choose, do I put gas in my car, do I buy food or do I buy my medication. Reporter: The prescription price war was started by Wal-Mart with CVS beating Wal-Mart's price by a penny. Rare deals for customers at a time of skyrocketing health care costs. Takes a lot of money from my budget. Whatever I take, it is very, very, very expensive. While most of health care spending is going way up, generic drugs are really the one bright aspect where we have been able to hold the line. Reporter: With more than half of all prescription medicine now sold being generic. But what is in it for the drugstore? Certainly not big profits from the sale of deeply discounted pharmaceuticals. But it could get more customers in the door who might do other shopping while picking up their prescriptions, establishing, the store hopes, customer loyalty and creating a financial prescription that could benefit both the business and consumer alike. 00:22:38 View Clip <mms://streaming.vmsnews.com/media/INSIGHT/20081102-658246-844BC2AD-77DE-4916-8020-6B5E373268C5.wsx>

News 8 Today Weekend
NBC  Harrisburg/Lancaster/Lebanon/York  11/02/2008 9:00 AM - 10:00 AM  Impressions: 37,178 Article ID: 25972942
00:29:10 Reporter: At this CVS drugstore in Los Angeles, the vitamins this man is considering may cost much more than his prescription drugs. CVS , the drugstore giant, has kicked off a $10 a year membership program that allows customers to buy 90 days of prescription generic drugs, more than 400 kinds, for $9.99 per medicine. Anyone can join but it's aimed at America's 45 million with no health insurance. I think you will find that the uninsured choose, do I put gas in my car, do I buy food or do I buy my medication. Reporter: The prescription price war was started by Wal-Mart with CVS beating Wal-Mart's price by a penny. Rare deals for customers at a time of skyrocketing health care costs. Takes a lot of money from my budget. Whatever I take, it is very, very, very expensive. While most of health care spending is going way up, generic drugs are really the one bright aspect where we have been able to hold the line. Reporter: With more than half of all prescription medicine now sold being generic. But what is in it for the drugstore? Certainly not big profits from the sale of deeply discounted pharmaceuticals. But it could get more customers in the door who might do other shopping while picking up their prescriptions, establishing, the store hopes, customer loyalty and creating a financial prescription that could benefit both the business and consumer alike. 00:32:10 View Clip <mms://streaming.vmsnews.com/media/INSIGHT/20081102-658246-FB4983C6-4A7A-427A-8A25-B327A199FFDC.wsx>

NewsChannel 2 Weekend Today
NBC  Utica  11/02/2008 9:00 AM - 10:00 AM  Impressions: 6,878 Article ID: 25972992
00:19:15 Reporter: At this CVS drugstore in Los Angeles, the vitamins this man is considering may cost much more than his prescription drugs. CVS , the drugstore giant, has kicked off a $10 a year membership program that allows customers to buy 90 days of prescription generic drugs, more than 400 kinds, for $9.99 per medicine. Anyone can join but it's aimed at America's 45 million with no health insurance. I think you will find that the uninsured choose, do I put gas in my car, do I buy food or do I buy my medication. Reporter: The prescription price war was started by Wal-Mart with CVS beating Wal-Mart's price by a penny. Rare deals for customers at a time of skyrocketing health care costs. Takes a lot of money from my budget. Whatever I take, it is very, very, very expensive. While most of health care spending is going way up, generic drugs are really the one bright aspect where we have been able to hold the line. Reporter: With more than half of all prescription medicine now sold being generic. But what is in it for the drugstore? Certainly not big profits from the sale of deeply discounted pharmaceuticals. But it could get more customers in the door who might do other shopping while picking up their prescriptions, establishing, the store hopes, customer loyalty and creating a financial prescription that could benefit both the business and consumer alike. 00:22:15 View Clip <mms://streaming.vmsnews.com/media/INSIGHT/20081102-658246-46399B06-1E59-428A-A563-61FBA2B5509D.wsx>

WITN 7 News At Sunrise
NBC  Greenville/New Bern/Washington  11/02/2008 8:00 AM - 9:00 AM  Impressions: 10,279 Article ID: 25972977
00:45:28 Reporter: At this CVS drugstore in Los Angeles, the vitamins this man is considering may cost much more than his prescription drugs. CVS , the drugstore giant, has kicked off a $10 a year membership program that allows customers to buy 90 days of prescription generic drugs, more than 400 kinds, for $9.99 per medicine. Anyone can join but it's aimed at America's 45 million with no health insurance. I think you will find that the uninsured choose, do I put gas in my car, do I buy food or do I buy my medication. Reporter: The prescription price war was started by Wal-Mart with CVS beating Wal-Mart's price by a penny. Rare deals for customers at a time of skyrocketing health care costs. Takes a lot of money from my budget. Whatever I take, it is very, very, very expensive. While most of health care spending is going way up, generic drugs are really the one bright aspect where we have been able to hold the line. Reporter: With more than half of all prescription medicine now sold being generic. But what is in it for the drugstore? Certainly not big profits from the sale of deeply discounted pharmaceuticals. But it could get more customers in the door who might do other shopping while picking up their prescriptions, establishing, the store hopes, customer loyalty and creating a financial prescription that could benefit both the business and consumer alike. 00:48:28 View Clip <mms://streaming.vmsnews.com/media/INSIGHT/20081102-658246-BF790E25-1DAB-4BB5-A089-327E8E1C5474.wsx>

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CVS
Corcoran – CONFIDENTIAL

CHSP001313
CVSC-0001689

KETK56 Today Weekend Edition
NBC  Tyler/Longview/Jacksonville  11/02/2008 8:00 AM - 9:00 AM  Impressions: 1,948 Article ID: 25972978
00:29:00 Reporter: At this CVS drugstore in Los Angeles, the vitamins this man is considering may cost much more than his prescription drugs. CVS , the drugstore giant, has kicked off a $10 a year membership program that allows customers to buy 90 days of prescription generic drugs, more than 400 kinds, for $9.99 per medicine. Anyone can join but it's aimed at America's 45 million with no health insurance. I think you will find that the uninsured choose, do I put gas in my car, do I buy food or do I buy my medication. Reporter: The prescription price war was started by Wal-Mart with CVS beating Wal-Mart's price by a penny. Rare deals for customers at a time of skyrocketing health care costs. Takes a lot of money from my budget. Whatever I take, it is very, very, very expensive. While most of health care spending is going way up, generic drugs are really the one bright aspect where we have been able to hold the line. Reporter: With more than half of all prescription medicine now sold being generic. But what is in it for the drugstore? Certainly not big profits from the sale of deeply discounted pharmaceuticals. But it could get more customers in the door who might do other shopping while picking up their prescriptions, establishing, the store hopes, customer loyalty and creating a financial prescription that could benefit both the business and consumer alike. 00:32:00 View Clip <mms://streaming.vmsnews.com/media/INSIGHT/20081102-658246-76F07885-9FE7-449A-98C9-7A8FD56E1614.wsx>

9 News Sunday Morning I
NBC  Denver  11/02/2008 7:00 AM - 8:00 AM  Impressions: 48,933 Article ID: 25972916
00:13:01 Reporter: At this CVS drugstore in Los Angeles, the vitamins this man is considering may cost much more than his prescription drugs. CVS , the drugstore giant, has kicked off a $10 a year membership program that allows customers to buy 90 days of prescription generic drugs, more than 400 kinds, for $9.99 per medicine. Anyone can join but it's aimed at America's 45 million with no health insurance. I think you will find that the uninsured choose, do I put gas in my car, do I buy food or do I buy my medication. Reporter: The prescription price war was started by Wal-Mart with CVS beating Wal-Mart's price by a penny. Rare deals for customers at a time of skyrocketing health care costs. Takes a lot of money from my budget. Whatever I take, it is very, very, very expensive. While most of health care spending is going way up, generic drugs are really the one bright aspect where we have been able to hold the line. Reporter: With more than half of all prescription medicine now sold being generic. But what is in it for the drugstore? Certainly not big profits from the sale of deeply discounted pharmaceuticals. But it could get more customers in the door who might do other shopping while picking up their prescriptions, establishing, the store hopes, customer loyalty and creating a financial prescription that could benefit both the business and consumer alike. 00:16:01 View Clip <mms://streaming.vmsnews.com/media/INSIGHT/20081102-658246-03436309-8973-48C2-B550-514E42800345.wsx>

WESH 2 News Sunrise Weekend
NBC  Orlando  11/02/2008 7:00 AM - 8:00 AM  Impressions: 51,161 Article ID: 25972917
00:19:37 Reporter: At this CVS drugstore in Los Angeles, the vitamins this man is considering may cost much more than his prescription drugs. CVS , the drugstore giant, has kicked off a $10 a year membership program that allows customers to buy 90 days of prescription generic drugs, more than 400 kinds, for $9.99 per medicine. Anyone can join but it's aimed at America's 45 million with no health insurance. I think you will find that the uninsured choose, do I put gas in my car, do I buy food or do I buy my medication. Reporter: The prescription price war was started by Wal-Mart with CVS beating Wal-Mart's price by a penny. Rare deals for customers at a time of skyrocketing health care costs. Takes a lot of money from my budget. Whatever I take, it is very, very, very expensive. While most of health care spending is going way up, generic drugs are really the one bright aspect where we have been able to hold the line. Reporter: With more than half of all prescription medicine now sold being generic. But what is in it for the drugstore? Certainly not big profits from the sale of deeply discounted pharmaceuticals. But it could get more customers in the door who might do other shopping while picking up their prescriptions, establishing, the store hopes, customer loyalty and creating a financial prescription that could benefit both the business and consumer alike. 00:22:37 View Clip <mms://streaming.vmsnews.com/media/INSIGHT/20081102-658246-FC911342-2FD2-4255-BC6F-984982340DA6.wsx>

WLBT Weekend AM Report
NBC  Jackson, MS  11/02/2008 6:30 AM - 7:00 AM  Impressions: 14,568 Article ID: 25972970
00:05:52 Reporter: At this CVS drugstore in Los Angeles, the vitamins this man is considering may cost much more than his prescription drugs. CVS , the drugstore giant, has kicked off a $10 a year membership program that allows customers to buy 90 days of prescription generic drugs, more than 400 kinds, for $9.99 per medicine. Anyone can join but it's aimed at America's 45 million with no health insurance. I think you will find that the uninsured choose, do I put gas in my car, do I buy food or do I buy my medication. Reporter: The prescription price war was started by Wal-Mart with CVS beating Wal-Mart's price by a penny. Rare deals for customers at a time of skyrocketing health care costs. Takes a lot of money from my budget. Whatever I take, it is very, very, very expensive. While most of health care spending is going way up, generic drugs are really the one bright aspect where we have been able to hold the line. Reporter: With more than half of all prescription medicine now sold being generic.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CVS
Corcoran – CONFIDENTIAL

CHSP001314
CVSC-0001690

Protected Competitive Material
Case 1:16-cv-00447-WES-PAS   Document 45-20   Filed 07/07/17   Page 7 of 9 PageID #: 730

But what is in it for the drugstore? Certainly not big profits from the sale of deeply discounted pharmaceuticals. But it could get more customers in the door who might do other shopping while picking up their prescriptions, establishing, the store hopes, customer loyalty and creating a financial prescription that could benefit both the business and consumer alike. 00:08:52 View Clip <mms://streaming.vmsnews.com/media/INSIGHT/20081102-658246-05A1C051-7A49-4BF2-8478-ADC1BB4E756F.wsx>

News 2 Houston Sunday
NBC  Houston  11/02/2008 6:00 AM - 7:00 AM  Impressions: 30,275 Article ID: 25972903
00:11:43 Reporter: At this CVS drugstore in Los Angeles, the vitamins this man is considering may cost much more than his prescription drugs. CVS , the drugstore giant, has kicked off a $10 a year membership program that allows customers to buy 90 days of prescription generic drugs, more than 400 kinds, for $9.99 per medicine. Anyone can join but it's aimed at America's 45 million with no health insurance. I think you will find that the uninsured choose, do I put gas in my car, do I buy food or do I buy my medication. Reporter: The prescription price war was started by Wal-Mart with CVS beating Wal-Mart's price by a penny. Rare deals for customers at a time of skyrocketing health care costs. Takes a lot of money from my budget. Whatever I take, it is very, very, very expensive. While most of health care spending is going way up, generic drugs are really the one bright aspect where we have been able to hold the line. Reporter: With more than half of all prescription medicine now sold being generic. But what is in it for the drugstore? Certainly not big profits from the sale of deeply discounted pharmaceuticals. But it could get more customers in the door who might do other shopping while picking up their prescriptions, establishing, the store hopes, customer loyalty and creating a financial prescription that could benefit both the business and consumer alike. 00:14:43 View Clip <mms://streaming.vmsnews.com/media/INSIGHT/20081102-658246-BC492834-4CFD-4AC2-8C1B-D0585F15EEB9.wsx>

KMIR 6 News At 11
NBC  Palm Springs/Palm Desert  11/01/2008 11:00 PM - 11:30 PM  Impressions: 2,714 Article ID: 25972987
00:15:33 Reporter: At this CVS drugstore in Los Angeles, the vitamins this man is considering may cost much more than his prescription drugs. CVS , the drugstore giant, has kicked off a $10 a year membership program that allows customers to buy 90 days of prescription generic drugs, more than 400 kinds, for $9.99 per medicine. Anyone can join but it's aimed at America's 45 million with no health insurance. I think you will find that the uninsured choose, do I put gas in my car, do I buy food or do I buy my medication. Reporter: The prescription price war was started by Wal-Mart with CVS beating Wal-Mart's price by a penny. Rare deals for customers at a time of skyrocketing health care costs. Takes a lot of money from my budget. Whatever I take, it is very, very, very expensive. While most of health care spending is going way up, generic drugs are really the one bright aspect where we have been able to hold the line. Reporter: With more than half of all prescription medicine now sold being generic. But what is in it for the drugstore? Certainly not big profits from the sale of deeply discounted pharmaceuticals. But it could get more customers in the door who might do other shopping while picking up their prescriptions, establishing, the store hopes, customer loyalty and creating a financial prescription that could benefit both the business and consumer alike. 00:18:33 View Clip <mms://streaming.vmsnews.com/media/INSIGHT/20081101-658246-C102CFDC-B334-4B49-A9E6-81B8285DB25F.wsx>

NewsChannel 11
NBC  Lubbock  11/01/2008 10:00 PM - 10:30 PM  Impressions: 20,652 Article ID: 25972989
00:13:34 Reporter: At this CVS drugstore in Los Angeles, the vitamins this man is considering may cost much more than his prescription drugs. CVS , the drugstore giant, has kicked off a $10 a year membership program that allows customers to buy 90 days of prescription generic drugs, more than 400 kinds, for $9.99 per medicine. Anyone can join but it's aimed at America's 45 million with no health insurance. I think you will find that the uninsured choose, do I put gas in my car, do I buy food or do I buy my medication. Reporter: The prescription price war was started by Wal-Mart with CVS beating Wal-Mart's price by a penny. Rare deals for customers at a time of skyrocketing health care costs. Takes a lot of money from my budget. Whatever I take, it is very, very, very expensive. While most of health care spending is going way up, generic drugs are really the one bright aspect where we have been able to hold the line. Reporter: With more than half of all prescription medicine now sold being generic. But what is in it for the drugstore? Certainly not big profits from the sale of deeply discounted pharmaceuticals. But it could get more customers in the door who might do other shopping while picking up their prescriptions, establishing, the store hopes, customer loyalty and creating a financial prescription that could benefit both the business and consumer alike. 00:16:34 View Clip <mms://streaming.vmsnews.com/media/INSIGHT/20081101-658246-27079886-14AD-489B-BA31-5AA22F51707E.wsx>

NewsChannel 5
NBC  Alexandria  11/01/2008 10:00 PM - 10:30 PM  Impressions: 20,090 Article ID: 25972994
00:06:05 Reporter: At this CVS drugstore in Los Angeles, the vitamins this man is considering may cost much more than his prescription drugs. CVS , the drugstore giant, has kicked off a $10 a year membership program that allows customers to buy 90 days of prescription generic drugs, more than 400 kinds, for $9.99 per medicine. Anyone can join but it's aimed at America's 45

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CVS
Corcoran – CONFIDENTIAL

CHSP001315
CVSC-0001691

million with no health insurance. I think you will find that the uninsured choose, do I put gas in my car, do I buy food or do I buy my medication. Reporter: The prescription price war was started by Wal-Mart with CVS beating Wal-Mart's price by a penny. Rare deals for customers at a time of skyrocketing health care costs. Takes a lot of money from my budget. Whatever I take, it is very, very, very expensive. While most of health care spending is going way up, generic drugs are really the one bright aspect where we have been able to hold the line. Reporter: With more than half of all prescription medicine now sold being generic. But what is in it for the drugstore? Certainly not big profits from the sale of deeply discounted pharmaceuticals. But it could get more customers in the door who might do other shopping while picking up their prescriptions, establishing, the store hopes, customer loyalty and creating a financial prescription that could benefit both the business and consumer alike. 00:09:05 View Clip <mms://streaming.vmsnews.com/media/INSIGHT/20081101-658246-D2224FDC-8EBD-459B-9D3F-D79BF3E56EE7.wsx>

NBC Five News
NBC  Dallas/Fort Worth  11/01/2008 6:00 PM - 7:00 PM  Impressions: 82,208 Article ID: 25972878
00:53:15 If the line is a little longer at your local pharmacy this weekend, there may be a good reason. Drugstore giant CVS announced it is ratcheting up a price war to offer deep discounts on prescription drugs. It is another sign of the times as businesses change their strategists in today's tough economic climate. Here's NBC's Mike Mullen. Reporter: At this CVS drugstore in Los Angeles, the vitamins this man is considering may cost much more than his prescription drugs. CVS , the drugstore giant, has kicked off a $10 a year membership program that allows customers to buy 90 days of prescription generic drugs, more than 400 kinds, for $9.99 per medicine. Anyone can join but it's aimed at America's 45 million with no health insurance. I think you will find that the uninsured choose, do I put gas in my car, do I buy food or do I buy my medication. Reporter: The prescription price war was started by Wal-Mart with CVS beating Wal-Mart's price by a penny. Rare deals for customers at a time of skyrocketing health care costs. Takes a lot of money from my budget. Whatever I take, it is very, very, very expensive. While most of health care spending is going way up, generic drugs are really the one bright aspect where we have been able to hold the line. Reporter: With more than half of all prescription medicine now sold being generic. But what is in it for the drugstore? Certainly not big profits from the sale of deeply discounted pharmaceuticals. But it could get more customers in the door who might do other shopping while picking up their prescriptions, establishing, the store hopes, customer loyalty and creating a financial prescription that could benefit both the business and consumer alike. Mark Mullen, NBC News, Los Angeles. 00:56:15 View Clip <mms://streaming.vmsnews.com/media/INSIGHT/20081101-658246-592CF073-4411-4057-B564-2DA6CD590C24.wsx>

NBC 4 News At 6
NBC  Amarillo  11/01/2008 6:00 PM - 6:30 PM  Impressions: 2,837 Article ID: 25972986
00:18:19 Reporter: At this CVS drugstore in Los Angeles, the vitamins this man is considering may cost much more than his prescription drugs. CVS , the drugstore giant, has kicked off a $10 a year membership program that allows customers to buy 90 days of prescription generic drugs, more than 400 kinds, for $9.99 per medicine. Anyone can join but it's aimed at America's 45 million with no health insurance. I think you will find that the uninsured choose, do I put gas in my car, do I buy food or do I buy my medication. Reporter: The prescription price war was started by Wal-Mart with CVS beating Wal-Mart's price by a penny. Rare deals for customers at a time of skyrocketing health care costs. Takes a lot of money from my budget. Whatever I take, it is very, very, very expensive. While most of health care spending is going way up, generic drugs are really the one bright aspect where we have been able to hold the line. Reporter: With more than half of all prescription medicine now sold being generic. But what is in it for the drugstore? Certainly not big profits from the sale of deeply discounted pharmaceuticals. But it could get more customers in the door who might do other shopping while picking up their prescriptions, establishing, the store hopes, customer loyalty and creating a financial prescription that could benefit both the business and consumer alike. 00:21:19 View Clip <mms://streaming.vmsnews.com/media/INSIGHT/20081101-658246-068025DC-C50F-4ED1-A536-2F5C35865DDA.wsx>

News 7 At Six
NBC  Hattiesburg/Laurel  11/01/2008 6:00 PM - 6:30 PM  Impressions: 14,158 Article ID: 25972991
00:25:30 Reporter: At this CVS drugstore in Los Angeles, the vitamins this man is considering may cost much more than his prescription drugs. CVS , the drugstore giant, has kicked off a $10 a year membership program that allows customers to buy 90 days of prescription generic drugs, more than 400 kinds, for $9.99 per medicine. Anyone can join but it's aimed at America's 45 million with no health insurance. I think you will find that the uninsured choose, do I put gas in my car, do I buy food or do I buy my medication. Reporter: The prescription price war was started by Wal-Mart with CVS beating Wal-Mart's price by a penny. Rare deals for customers at a time of skyrocketing health care costs. Takes a lot of money from my budget. Whatever I take, it is very, very, very expensive. While most of health care spending is going way up, generic drugs are really the one bright aspect where we have been able to hold the line. Reporter: With more than half of all prescription medicine now sold being generic. But what is in it for the drugstore? Certainly not big profits from the sale of deeply discounted pharmaceuticals. But it could get

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CVS
Corcoran – CONFIDENTIAL

CHSP001316
CVSC-0001692

more customers in the door who might do other shopping while picking up their prescriptions, establishing, the store hopes, customer loyalty and creating a financial prescription that could benefit both the business and consumer alike. 00:28:30 View Clip <mms://streaming.vmsnews.com/media/INSIGHT/20081101-658246-146406D4-53F4-4B97-A60B-42F50CDEF8A9.wsx>

NewsChannel 9 Weekend
NBC  El Paso  11/01/2008 5:30 PM - 6:00 PM  Impressions: 12,980 Article ID: 25972975
00:24:04 Reporter: At this CVS drugstore in Los Angeles, the vitamins this man is considering may cost much more than his prescription drugs. CVS , the drugstore giant, has kicked off a $10 a year membership program that allows customers to buy 90 days of prescription generic drugs, more than 400 kinds, for $9.99 per medicine. Anyone can join but it's aimed at America's 45 million with no health insurance. I think you will find that the uninsured choose, do I put gas in my car, do I buy food or do I buy my medication. Reporter: The prescription price war was started by Wal-Mart with CVS beating Wal-Mart's price by a penny. Rare deals for customers at a time of skyrocketing health care costs. Takes a lot of money from my budget. Whatever I take, it is very, very, very expensive. While most of health care spending is going way up, generic drugs are really the one bright aspect where we have been able to hold the line. Reporter: With more than half of all prescription medicine now sold being generic. But what is in it for the drugstore? Certainly not big profits from the sale of deeply discounted pharmaceuticals. But it could get more customers in the door who might do other shopping while picking up their prescriptions, establishing, the store hopes, customer loyalty and creating a financial prescription that could benefit both the business and consumer alike. 00:27:04 View Clip <mms://streaming.vmsnews.com/media/INSIGHT/20081101-658246-49353796-4915-4C58-B868-077F294217D6.wsx>

KING 5 News
NBC  Seattle/Tacoma  11/01/2008 5:00 PM - 6:00 PM  Impressions: 104,373 Article ID: 25972912
00:27:31 Reporter: At this CVS drugstore in Los Angeles, the vitamins this man is considering may cost much more than his prescription drugs. CVS , the drugstore giant, has kicked off a $10 a year membership program that allows customers to buy 90 days of prescription generic drugs, more than 400 kinds, for $9.99 per medicine. Anyone can join but it's aimed at America's 45 million with no health insurance. I think you will find that the uninsured choose, do I put gas in my car, do I buy food or do I buy my medication. Reporter: The prescription price war was started by Wal-Mart with CVS beating Wal-Mart's price by a penny. Rare deals for customers at a time of skyrocketing health care costs. Takes a lot of money from my budget. Whatever I take, it is very, very, very expensive. While most of health care spending is going way up, generic drugs are really the one bright aspect where we have been able to hold the line. Reporter: With more than half of all prescription medicine now sold being generic. But what is in it for the drugstore? Certainly not big profits from the sale of deeply discounted pharmaceuticals. But it could get more customers in the door who might do other shopping while picking up their prescriptions, establishing, the store hopes, customer loyalty and creating a financial prescription that could benefit both the business and consumer alike. 00:30:31 View Clip <mms://streaming.vmsnews.com/media/INSIGHT/20081101-658246-4E854ECD-0372-4563-8382-2191DE20E336.wsx>

17 News At 5 Weekend
NBC  Bakersfield  11/01/2008 5:00 PM - 5:30 PM  Impressions: 11,036 Article ID: 25972982
00:19:45 Reporter: At this CVS drugstore in Los Angeles, the vitamins this man is considering may cost much more than his prescription drugs. CVS , the drugstore giant, has kicked off a $10 a year membership program that allows customers to buy 90 days of prescription generic drugs, more than 400 kinds, for $9.99 per medicine. Anyone can join but it's aimed at America's 45 million with no health insurance. I think you will find that the uninsured choose, do I put gas in my car, do I buy food or do I buy my medication. Reporter: The prescription price war was started by Wal-Mart with CVS beating Wal-Mart's price by a penny. Rare deals for customers at a time of skyrocketing health care costs. Takes a lot of money from my budget. Whatever I take, it is very, very, very expensive. While most of health care spending is going way up, generic drugs are really the one bright aspect where we have been able to hold the line. Reporter: With more than half of all prescription medicine now sold being generic. But what is in it for the drugstore? Certainly not big profits from the sale of deeply discounted pharmaceuticals. But it could get more customers in the door who might do other shopping while picking up their prescriptions, establishing, the store hopes, customer loyalty and creating a financial prescription that could benefit both the business and consumer alike. 00:22:45 View Clip <mms://streaming.vmsnews.com/media/INSIGHT/20081101-658246-EDA57C3B-1818-4DDD-ABB4-A22825CF8695.wsx>

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CVS
Corcoran – CONFIDENTIAL

CHSP001317
CVSC-0001693