# Exhibit 20

```
                   REPORTER'S RECORD
                       VOLUME 3
          TRIAL COURT CAUSE NO. D-1-GV-14-000388


 THE STATE OF TEXAS ex        )  IN THE DISTRICT COURT
 rel. MYRON D. WINKELMAN      )
 AND STEPHANI MARTINSEN,      )
     Plaintiffs,              )
                              )  TRAVIS COUNTY, TEXAS
 VS.                          )
                              )
 CVS HEALTH CORPORATION,      )
     Defendant.               )  126TH JUDICIAL DISTRICT
```

_____

**HEARING ON TEMPORARY INJUNCTION**

_____

    On the 31st day of January, 2018, the following proceedings came on to be heard in the above-entitled and numbered cause before the Honorable Amy Clark Meachum, Judge Presiding, held in Austin, Travis County, Texas:

    Proceedings reported by machine shorthand.

```
 1                    THE COURT:  Mr. Gibbons, if you could
 2   come back up.  We are starting with him, right.
 3                    MS. MAINIGI:  Yes.
 4                    THE COURT:  Have a seat.  You're still
 5   under oath.  Mr. Salisbury, you may proceed.
 6                    MR. SALISBURY:  Thank you, Your Honor.
 7                         THOMAS GIBBONS,
 8   having been previously duly sworn, testified as
 9   follows:
10                   CONTINUED DIRECT EXAMINATION
11   BY MR. SALISBURY:
12        Q.   Mr. Gibbons, when we concluded yesterday, we
13   were looking at Plaintiffs' Exhibit 151.  Do you recall
14   that?
15        A.   Yes, I do.
16        Q.   And we established that Plaintiffs'
17   Exhibit 151 is a set of interrogatory responses that
18   you verified, correct?
19        A.   That is correct.
20        Q.   And if you could look now to the first
21   interrogatory and the response to that.  It begins on
22   Page 8, PX 151-08.  Do you have that in front of you?
23        A.   Yes, I do.
24        Q.   And Interrogatory No. 1 asks for an
25   explanation for the basis for CVS' interpretation of
```

```
 1   what quantity the individual could receive at that 9.99
 2   price point.
 3       Q.   Now, who decided which drugs to include on --
 4   on this list of covered medications?
 5       A.   CVS did.
 6       Q.   And -- and who decided which specific
 7   quantities to include on this list?
 8       A.   CVS did.
 9       Q.   And who decided the price points of these
10   specific drugs?
11       A.   CVS did.
12       Q.   Now, how would you describe the size of the
13   HSP Program, the Health Savings Pass Program, relative
14   to -- so how would you describe, Mr. Gibbons, the size
15   of the HSP program under alternate prescription
16   benefits versus the size of cash transactions at CVS?
17       A.   Health Savings Pass is a very small number of
18   transactions.  It was smaller -- it was certainly
19   smaller than cash transactions.
20       Q.   And did you have any reason to believe that
21   the HSP price would be the most frequent price for a
22   given -- on a given drug at a given store on a given
23   day?
24       A.   I have no reason to believe that.
25       Q.   And why not?
```

1    A.    Again, in comparison to cash transactions,
2  health savings pass was a very small number of drugs
3  and a very small number of transactions.
4    Q.    Now, during your time in -- in the pharmacy
5  industry, including your time at Caremark, are you
6  aware of PBMs or other payers taking the position that
7  HSP or other membership program pricing is a discount
8  for purposes of their usual and customary definitions?
9    A.    Would you ask me that again?
10    Q.    Sure.  The -- the term discount, is that often
11  in usual and customary definitions?
12    A.    There are some contracts that would have
13  discounts listed as -- in the usual and customary
14  definition.
15    Q.    Okay.  And are you aware of membership
16  programs of the type that CVS, had ever falling into
17  the definition of discount?
18    A.    As a discount?  No.
19    Q.    And -- and what is your general understanding
20  as to why that is the case?
21    A.    Discounts within the pharmacy industry tend to
22  be either a certain percentage or a certain amount off
23  of a price, if and where they occur.  Health Savings
24  Pass was an entirely different pricing strategy and for
25  a different pricing construct that was offered out to

```
 1   the population.  It just wasn't a discount.
 2        Q.   Now, is HSP still offered?
 3        A.   No, it is not.
 4        Q.   When did it stop being offered?
 5        A.   I believe in February of 2016.
 6        Q.   And whose decision was it to discontinue the
 7   program?
 8        A.   Mine and after discussions with other internal
 9   partners.
10        Q.   And why was that decision made, based on your
11   knowledge?
12        A.   It -- it was a program that had -- it really
13   outlived its -- its -- its purpose.  The number of
14   drugs that were available in the program continued to
15   shrink.  It wasn't a very rich program from a member
16   benefit.  It only covered certain generics.  It didn't
17   cover brands.
18                  The marketplace reaction to some of
19   Walmart's and others creating $4 and $10 generic price
20   points was beginning to wane, and it was just a program
21   that we just didn't need anymore.
22        Q.   Now, has CVS operated the membership program
23   since it discontinued HSP?
24        A.   No.
25        Q.   Are you aware of any plans to do so at CVS in
```

# REPORTER'S CERTIFICATE

STATE OF TEXAS )
)
COUNTY OF TRAVIS )

I, Chavela V. Crain, Official Court Reporter in and for the 53rd District Court of Travis County, State of Texas, do hereby certify that the above and foregoing contains a true and correct transcription of all portions of evidence and other proceedings requested in writing by counsel for the parties to be included in this volume of the Reporter's Record, in the above-styled and numbered cause, all of which occurred in open court or in chambers and were reported by me.

I further certify that this Reporter's Record of the proceedings truly and correctly reflects the exhibits, if any, offered in evidence by the respective parties.

WITNESS MY OFFICIAL HAND this the 16th day of February, 2018.

/s/ Chavela V. Crain
Chavela V. Crain, Texas CSR No. 3064
Expiration Date: 12/31/2019
Official Court Reporter, 53rd District Court
Travis County, Texas
P.O. Box 1748, Austin, Texas  78767
Telephone (512) 854-9322

```
 1                   REPORTER'S CERTIFICATE

 2   STATE OF TEXAS        )
                           )
 3   COUNTY OF TRAVIS      )

 4        I, Alicia Racanelli, Official Court Reporter in and

 5   for the 201st District Court of Travis County, State of

 6   Texas, do hereby certify that the above and foregoing

 7   contains a true and correct transcription of all

 8   portions of evidence and other proceedings requested in

 9   writing by counsel for the parties to be included in

10   this volume of the Reporter's Record, in the

11   above-styled and numbered cause, all of which occurred

12   in open court or in chambers and were reported by me.

13        I further certify that this Reporter's Record of

14   the proceedings truly and correctly reflects the

15   exhibits, if any, offered in evidence by the respective

16   parties.

17        WITNESS MY OFFICIAL HAND this the 16th day of

18   February, 2018.

19

20

21          /s/ Alicia Racanelli
     Alicia Racanelli, Texas CSR No. 3591
22   Expiration Date:  12/31/2018
     Official Court Reporter, 201st District Court
23   Travis County, Texas
     P.O. Box 1748, Austin, Texas  78767
24   Telephone (512) 854-4028

25
```