# EXHIBIT 21

| | |
|---|---|
| **From:** | Harlam, Bari A. |
| **Sent:** | Friday, November 07, 2008 4:27 PM |
| **To:** | Colbert, Sue F.; Corkery, Heather A.; DiIuro, Christopher L.; Ghertner, Doug; Kingman, Adriane; Morrison, Tom E.; Schuldes, Lisa; Purdy, David W.; Wingate, Elizabeth S. |
| **Subject:** | fyi - HSP PR |

All –
Here's a summary of HSP PR coverage.

----------------------------------------------------------------------

**From:** DeAngelis, Michael J.
**Sent:** Tuesday, November 04, 2008 9:06 AM
**To:** Corkery, Heather A.
**Subject:** RE: CVS Health Savings Pass news coverage

Heather, per your voice mail, this first list is original broadcast coverage of the Health Savings Pass.  The second, longer list is of NBC affiliates that ran the Today Show story as part of their local newscasts.

Thanks, Mike

1. NBC Nightly News DMA: N/A
NBC (---) National
11/01/2008 06:30 PM - 07:00 PM   Est. Audience: 3,600,500

2. Saturday Today DMA: N/A
NBC (---) National
11/01/2008 07:00 AM - 09:00 AM   Est. Audience: 3,444,000

3. Channel 4 News At Six DMA: 2
KNBC-TV CH 4 (NBC) Los Angeles
10/31/2008 06:00 PM - 06:30 PM   Est. Audience: 113,912

4. News 8 Daybreak Saturday DMA: 5
WFAA-TV CH 8 (ABC) Dallas/Fort Worth
11/01/2008 07:00 AM - 08:00 AM   Est. Audience: 62,638

5. Local 6 News @ 5:30 DMA: 19
WKMG-TV CH 6 (CBS) Orlando
10/31/2008 05:30 PM - 06:00 PM   Est. Audience: 71,811

6. Action News At 11 PM DMA: 42
KTNV-TV CH 13 (ABC) Las Vegas
10/31/2008 11:00 PM - 11:35 PM   Est. Audience: 18,924

7. CBS 2 News At 6 PM DMA: 142
KPSP-TV CH 38 (CBS) Palm Springs/Palm Desert
10/31/2008 06:00 PM - 06:30 PM   Est. Audience: 3,586


1. **2 News At Noon**
   NBC  Dayton  11/03/2008 12:00 PM - 1:00 PM  Impressions: 12,777

2. **13 News Midday**
   NBC  Rockford  11/03/2008 12:00 PM - 12:30 PM  Impressions: 7,260

3. **WHO-TV 13 News At Noon**
   **Local 2 News At 11 AM**
   NBC  Houston  11/03/2008 11:00 AM - 12:00 PM  Impressions: 37,044

1

4. **KMIR 6 Today**
   NBC  Palm Springs/Palm Desert  11/03/2008 9:00 AM - 10:00 AM  Impressions: 1,537

5. **NBC 33 News Morning Edition**
   NBC  Baton Rouge  11/03/2008 6:00 AM - 6:30 AM  Impressions: 422

6. **News 10**
   NBC  Lansing/Jackson, MI  11/03/2008 6:00 AM - 7:00 AM  Impressions: 18,152

7. **WSAZ NewsChannel 3 At Sunrise**
   NBC  Charleston/Huntington  11/03/2008 5:00 AM - 6:00 AM  Impressions: 17,484

8. **WTAP News At Eleven**
   NBC  Parkersburg  11/02/2008 11:00 PM - 12:35 AM  Impressions: 4,472

9. **KTAL News At Five**
   NBC  Shreveport  11/02/2008 5:00 PM - 5:30 PM  Impressions: 6,553

10. **KNWA News**
    NBC  Fort Smith/Fayetteville/Springdale/Rogers  11/02/2008 5:00 PM - 5:30 PM  Impressions: 5,996

11. **Channel 3 Noon News**
    NBC  Cleveland/Akron  11/02/2008 12:00 PM - 12:30 PM  Impressions: 94,950

12. **News 8 Today Weekend**
    NBC  Harrisburg/Lancaster/Lebanon/York  11/02/2008 9:00 AM - 10:00 AM  Impressions: 37,178

13. **NewsChannel 2 Weekend Today**
    NBC  Utica  11/02/2008 9:00 AM - 10:00 AM  Impressions: 6,878

14. **WITN 7 News At Sunrise**
    NBC  Greenville/New Bern/Washington  11/02/2008 8:00 AM - 9:00 AM  Impressions: 10,279

15. **KETK56 Today Weekend Edition**
    NBC  Tyler/Longview/Jacksonville  11/02/2008 8:00 AM - 9:00 AM  Impressions: 1,948

16. **9 News Sunday Morning I**
    NBC  Denver  11/02/2008 7:00 AM - 8:00 AM  Impressions: 48,933

17. **WESH 2 News Sunrise Weekend**
    NBC  Orlando  11/02/2008 7:00 AM - 8:00 AM  Impressions: 51,161

18. **WLBT Weekend AM Report**
    NBC  Jackson, MS  11/02/2008 6:30 AM - 7:00 AM  Impressions: 14,568

19. **News 2 Houston Sunday**
    NBC  Houston  11/02/2008 6:00 AM - 7:00 AM  Impressions: 30,275

20. **KMIR 6 News At 11**
    NBC  Palm Springs/Palm Desert  11/01/2008 11:00 PM - 11:30 PM  Impressions: 2,714

21. **NewsChannel 11**
    NBC  Lubbock  11/01/2008 10:00 PM - 10:30 PM  Impressions: 20,652

22. **NewsChannel 5**
    NBC  Alexandria  11/01/2008 10:00 PM - 10:30 PM  Impressions: 20,090

23. **NBC Five News**
    NBC  Dallas/Fort Worth  11/01/2008 6:00 PM - 7:00 PM  Impressions: 82,208

24. **NBC 4 News At 6**
    NBC  Amarillo  11/01/2008 6:00 PM - 6:30 PM  Impressions: 2,837

25. **News 7 At Six**
    NBC  Hattiesburg/Laurel  11/01/2008 6:00 PM - 6:30 PM  Impressions: 14,158

26. **NewsChannel 9 Weekend**
    NBC  El Paso  11/01/2008 5:30 PM - 6:00 PM  Impressions: 12,980

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CVS

CHSP001325
CVSC-0001701

27. **KING 5 News**
    NBC  Seattle/Tacoma  11/01/2008 5:00 PM - 6:00 PM  Impressions: 104,373

28. **17 News At 5 Weekend**
    NBC  Bakersfield  11/01/2008 5:00 PM - 5:30 PM  Impressions: 11,036

*Mike DeAngelis*
*Director, Public Relations - CVS/pharmacy*
*CVS Caremark Corporation*
*401-770-2645*
*mjdeangelis@cvs.com*

3

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CVS

CHSP001326
CVSC-0001702