# Exhibit 22

```
                        Volume:  I

                        Pages:   1-258

                        Exhibits: 82-109
```

---

VIDEOTAPED EXAMINATION UNDER OATH OF

THOMAS E. MORRISON

---

Tuesday, February 2, 2016, 9:08 a.m.-6:04 p.m.

LOCKE LORD EDWARD, LLP

111 Huntington Avenue

Boston, Massachusetts


Court Reporter: Paulette Cook, RPR/RMR

## Page 2

1  APPEARANCES:
2  Richard Salisbury, Esq.
3  Assistant Attorney General
4  Civil Medicaid Fraud Division
5  P.O. Box 12548
6  Austin, Texas 78711-2548
7  512-936-1576
8  richard.salisbury@texasattorneygeneral.gov
9  Counsel for the State of Texas
10
11 EWELL BROWN BLANKE & KNIGHT
12 By Jospeh Knight, Esq.
13 111 Congress Avenue, Suite 2800
14 Austin, Texas 78701
15 512-770-4010
16 jknight@ebbklaw.com
17    and
18 WILLIAMS & CONNOLLY, LLP
19 By Grant Geyerman, Esq.
20 Colleen McNamara, Esq.
21 725 Twelfth Street, N.W.
22 Washington, D.C. 20005
23 202-434-5186
24 cmcnamara@wc.com
25 Counsel for Thomas Morrison & CVS Health Corp.

## Page 3

1  APPEARANCES (cont.):
2
3  ALSO PRESENT: Mark Vernazza,
4        Senior Legal Counsel - CVS Health
5        Jody Urbati, Videographer

## Page 4

1           I N D E X
2
3  Examination of:              Page
4  THOMAS E. MORRISON
5   By Mr. Salisbury             7
6   By Mr. Knight              248
7   By Mr. Salisbury           255
8
9
10
11          E X H I B I T S
12 No.                  Page
13 Exhibit 82   Notice of Examination    12
14         Under Oath
15 Exhibit 83   Responses of CVS to      48
16         Demand for Written
17         Statement Under Oath
18 Exhibit 84   Document CVSHSP0014414   61
19 Exhibit 85   Document CVSHSP0042392   65
20 Exhibit 86   Document CVSHSP0042398   69
21 Exhibit 87   Document CHSP000279      76
22 Exhibit 88   Document CHSP000603-04   84
23 Exhibit 89   DocumentCHSP000676-80    97
24 Exhibit 90   Document CHSP000838     102
25 Exhibit 91   Document CVSHSP0021074  110

## Page 5

1  Exhibit 92   Document CHSP00781-82       112
2  Exhibit 93   Document CHSP001157-59      118
3  Exhibit 94   Document CVSHSP0174541-42   131
4  Exhibit 95   Document CVSHSP0008309-23   139
5  Exhibit 96   Document CVSHSP0008395      143
6          w/PowerPoint attachment
7  Exhibit 97   Document CVSHSP0008451-52   168
8  Exhibit 98   Document CVSHSP0017360-61   174
9  Exhibit 99   Document CHSP001016-18      180
10 Exhibit 100  Document CVSHSP0152188      181
11 Exhibit 101  Document CVSHSP0014709-11   186
12 Exhibit 102  Document CVSHSP0008919      188
13 Exhibit 103  Document CVSHSP0027811-12   189
14 Exhibit 104  Document CHSP000001-12      201
15 Exhibit 105  E-mail Exchanges 4/15/09    221
16 Exhibit 106  Document CHSP003184-85      231
17         w/attachment
18 Exhibit 107  Document CHSP003437-38      234
19 Exhibit 108  Document CHSP002990-3001    237
20 Exhibit 109  Document CVSHSP0042600      241
21         w/PowerPoint attachment
22 NOTE: Previously-marked Exhibits also used in this
23 examination were as follows: 13, 18, 22, 24, 25
24 and 42.
25

66

1   Q. What is Health Savings Plan?
2   A. Health Savings Plan was a program that was
3   established at CVS to provide some -- a program for
4   -- for prescriptions in general, but also had health
5   services associated with it.
6       At this timeframe we were looking to
7   create a new program really in relationship to
8   Walgreen's. As you can see from the first e-mail
9   that you gave me of 2006, it's now been a year and a
10  half later, and so we didn't really feel that the
11  Wal-Mart marketing of a $4 program was that
12  impactful to CVS since we didn't respond to it.
13      However, because of what occurred was
14  all the supermarkets were out competing against
15  Wal-Mart, and so they came up with their -- with
16  their programs to match Wal-Mart. However, it
17  changed when Walgreen's decided to get into that
18  arena. And what made them get into it? I have no
19  idea.
20      But Walgreen's is a similar store to CVS
21  in that their convenience is as -- is similar where
22  we have more stores in a geographic area. And so
23  this -- once they came out with it, then we needed
24  to look at it more closely. And so I had some
25  analysis done to -- just to measure and understand

67

1   what is transpiring.
2   Q. And Exhibit 85 is part of the analysis you
3   had done, correct?
4   A. Correct.
5   Q. And Exhibit 85 includes a calculation of the
6   cost to match Wal-Mart's $4 price, correct?
7   A. That would be what the analysis looked at,
8   yes.
9   Q. And the analysis concluded that the cost to
10  match Wal-Mart's $4 price was approximately 1.1
11  million dollars, correct?
12  A. That's what's listed here.
13  Q. And, specifically, that was -- that 1.1
14  million dollars was lost profit to CVS from matching
15  Wal-Mart's $4 price, correct?
16  A. Could you repeat that again?
17  Q. The 1.1 million dollars referenced in
18  Exhibit 85 was lost profit to CVS for matching
19  Wal-Mart's $4 price, correct?
20  A. It states here, yeah, the cost to match
21  Wal-Mart's $4 price would be that 1.1 million
22  dollars.
23  Q. And -- but the cost in this context means
24  lost profit, correct?
25  A. How do you define profit?

68

1   Q. Well, what this analysis suggests is that if
2   CVS were to match Wal-Mart's $4 price, it would
3   realize 1.1 million dollars less in profit.
4   Correct?
5   A. It would lower our revenues by 1.1 million
6   dollars.
7   Q. It would lower CVS's revenues by 1.1 million
8   dollars annually, correct?
9       (Pause.)
10  A. It's hard to answer that one. They do state
11  that they're looking at the scripts annually. So
12  this could be an annual thing, but without having
13  the actual data, it's hard for me to confirm that.
14  Q. When you would look at actions or programs
15  offered by a competitor, would you usually do that
16  on an annual basis?
17  A. Not necessarily.
18  Q. So you don't know whether the numbers in
19  Exhibit 85 are annual numbers?
20  A. Well, they're talking about on the -- in the
21  first sentence or the second sentence that CVS fills
22  approximately 341,000 prescriptions annually based
23  on the fourth quarter of 2007. So they're looking
24  historically. They're looking at an annual number.
25  And they're identifying what percentage of that is

69

1   generic.
2       And then they're talking about, umm, in
3   order to match the $4 Wal-Mart program, that there's
4   an impact of about 1.1 million dollars. And that
5   would be on revenue. But it's hard for me to
6   determine is that the annual number, what's it based
7   on, is it really based on these numbers that they
8   have here? I'd have to actually see the data in
9   order to confirm that for you.
10  Q. Well, you see at the bottom of the page in
11  the original e-mail from Mr. Traficante to
12  Mr. Ferschke it says, Paul, here is the HSP
13  annualized pro forma, the competitor plan's
14  comparison and drug breakdown by day supply.
15      Do you see that?
16  A. I do see that.
17  Q. Does that suggest to you that the
18  1.1-million-dollar cross number is an annual number?
19  A. It could be, but I would want to see the
20  data in order to confirm it.
21  Q. Let me show you what I'm marking as
22  Exhibit 86.
23      (Exhibit 86 marked
24      for identification.)
25  BY MR. SALISBURY:

70

1  Q. And Exhibit 86 is an e-mail from
2  Mr. Ferschke to you dated February 18, 2008,
3  correct?
4  A. February 18, 2008, correct.
5  Q. And that's the same date as the prior
6  exhibit, Exhibit 85, correct?
7  A. It is.
8  Q. And Exhibit 86 reads as follows: Tom, Paul
9  added the impact of matching Wal-Mart and Walgreen
10 pricing on all the cash business. It is over 100
11 million dollars.
12      Did I read that correctly?
13 A. You read what was in the e-mail, yes.
14 Q. And do you know why in this analysis,
15 Exhibit 86, there is a much higher impact calculated
16 for matching Wal-Mart and Walgreen pricing versus
17 Exhibit 85?
18 A. I don't, and that's why I said to you I
19 really need to see the underlying data in order to
20 confirm some of the questions that you're asking.
21 Q. Umm, do you recall that Mr. Ferschke did in
22 fact perform these types of analyses for you?
23 A. Paul Ferschke as well as Paul Traficante,
24 who you mentioned earlier, did perform a number of
25 analyses for me.

71

1  Q. A number of analyses regarding the impact of
2  matching Wal-Mart and Walgreen pricing, correct?
3  A. No, a number of analyses relative to
4  managing our business.
5  Q. And that included analyses of the financial
6  impact of CVS matching Wal-Mart and Walgreen
7  pricing, correct?
8  A. They did some analysis relative to
9  understanding some of the -- some of the intricacies
10 of us trying to put together the Health Savings Pass
11 program.
12 Q. And one of the intricacies of putting
13 together the Health Savings Pass program was
14 determining what price to charge for the drugs
15 offered under the Health Savings Pass program,
16 correct?
17 A. With any program you have to look at all of
18 the various parameters, and price would be one of
19 them.
20 Q. And so price is one of the elements that you
21 had Mr. Ferschke and Mr. Traficante analyze,
22 correct?
23 A. No. When you do analysis, you need to have
24 some sort of a benchmark. And so the only thing
25 that was known was what Wal-Mart's program is, what

72

1  Walgreen's program was and other -- other providers
2  of pharmacy prescription services out there.
3      And so when you do the analysis, you're
4  basing it on something. That's only to gather
5  information.
6  Q. And so what did you do in response to the
7  information that you gathered regarding the Wal-Mart
8  and Walgreen programs?
9  A. I don't remember specifically what I might
10 have done relative to that. Obviously, we were at
11 this time looking to create a program that would
12 meet the needs of our consumers given the publicity
13 that was taking place around the Wal-Mart, at the
14 supermarkets and now Walgreen's. So we needed to
15 respond to it at this point I felt.
16 Q. So you didn't feel that CVS needed to
17 respond initially to the Wal-Mart program, correct?
18 A. That's correct.
19 Q. But you did feel that CVS needed to respond
20 to the Walgreen's program, correct?
21 A. I believe that -- yes. I think we needed to
22 put together a program that would provide a tool for
23 our pharmacists because as they were getting
24 questions relative to some of the our competitors
25 and now a very close competitor who might have been

73

1  across the street, it was incumbent upon us to make
2  sure that we gave them a program that -- that they
3  could utilize and provide to their customers.
4  Q. And so was HSP your idea?
5  A. HSP -- what was ultimately called HSP was an
6  idea that I needed to put something together, and I
7  put together a team to make -- to make that happen.
8  Q. And did someone tell you that you needed to
9  put something together, or did you just
10 independently determine now that now Walgreen is in
11 the game I need to put something together?
12 A. I don't recall exactly how that occurred,
13 but I would not -- I would -- I would think that at
14 this point when Walgreen's come out with it, I knew
15 -- I would tell myself I needed to put something
16 together.
17     So if there were other people who also
18 suggested it, so be it, but I would have already
19 done this analysis at this point, or I would have
20 started to put together the business plan to create
21 a new program for our pharmacists and our customers.
22 Q. And you say that you assembled a team,
23 correct?
24 A. Yes.
25 Q. And who was on the team?

86

1  be different targets.
2    Q. Do you recall what the value proposition for
3  the new HSP was?
4    A. Not right now, no.
5    Q. In the third paragraph you wrote as follows:
6  Rob was more interested in hearing what our message
7  is and what our economic message will be; example,
8  more than 200 generic drugs at dollar sign. He
9  needs to understand what he can say technically and
10 be sure to have a message that is broad enough to be
11 meaningful. He heard from me for the first time
12 that our goal is not to move all our cash business
13 to this new card.
14        Did I read that correctly?
15   A. You did read it, yes.
16   Q. Which Rob were you referring to?
17   A. Umm, Rob Price.
18   Q. Who is Rob Price?
19   A. Harry -- I mean -- Harry? Umm --
20       (Pause.)
21   A. It's the over-60 syndrome. All of a sudden
22 I've blanked -- Bari Harlam. Bari Harlam reported
23 to Rob Price, I believe, at that time.
24   Q. And so what was Mr. -- do you recall what
25 Mr. Price's role was, what his title was?

87

1    A. I don't really. It could have been a senior
2  vice president of marketing, somewhere along those
3  lines. He was -- he was overseeing the marketing
4  area.
5    Q. And why was it not your goal to move all of
6  CVS's cash business to the new HSP?
7    A. We had determined that it was probably more
8  appropriate to have a retention strategy than an
9  acquisition strategy.
10       Umm, the cash customer -- while we had
11 cash customers, they were not our primary customers
12 over -- you know, they were smaller than 10 percent
13 of our pharmacy prescriptions being filled.
14       So it didn't make sense necessarily to
15 go in that direction. But we did want to have a
16 program to retain our customers. So we wanted
17 something that was competitive, that provided the
18 services that we felt our customers were looking
19 for. And so that's what I'm referring to.
20   Q. And when you say it didn't make sense to go
21 in that direction, you meant it didn't make sense to
22 get more cash customers?
23   A. Our model was really based on convenience
24 and service as I was stating earlier today. So most
25 of our customers come within a three-mile radius of

88

1  the store as opposed to I'll suggest Wal-Mart whose
2  customers come from 20 to 25 miles away because they
3  don't have stores on every corner on Main Street.
4        So Wal-Mart needs an acquisition
5  strategy. Our concern was that we're going to have
6  a retention strategy because folks don't need to
7  come -- they're not going to come 20 miles to a CVS.
8  They're going to live in -- in that area.
9    Q. So by retention strategy, you mean that CVS
10 wanted to retain its existing cash customers,
11 correct?
12   A. We wanted to be able to provide a program
13 that satisfied our existing customers and provided a
14 tool for our pharmacists.
15   Q. But you didn't -- CVS didn't want to acquire
16 new cash customers through the new HSP program,
17 correct?
18   A. That wasn't our -- our goal.
19   Q. But -- and --
20   A. We have other strategies to acquire
21 customers.
22   Q. And what are your other -- what are CVS's
23 other strategies to acquire customers?
24   A. We market to customers on a weekly basis.
25 We have radio advertising. We have TV advertising

89

1  in some cases. We have newspaper advertising.
2    Q. But --
3    A. And that acquires customers for us.
4    Q. But CVS did not advertise widely the new HSP
5  program, correct?
6    A. Correct.
7    Q. And the reason that CVS did not widely
8  advertise the new HSP program is that it was
9  pursuing a retention strategy rather than an
10 acquisition strategy, correct?
11   A. Those are terms that you use when -- when
12 you're trying to put together a -- a direction
13 within a business program. And so, yes, we had a
14 retention strategy.
15   Q. Rather than an acquisition strategy,
16 correct?
17   A. We were not looking to have it be other than
18 the retention strategy.
19   Q. And retention strategy meant that CVS would
20 retain its existing cash customers, right?
21   A. Umm, I think I stated that the retention
22 strategy is to provide a program that our current
23 customers felt was beneficial to them, and it
24 provided a tool for our pharmacists.
25   Q. Right. But it's called a retention strategy

90

1  because it retains customers, right?
2      A. We hope that it would satisfy the needs of
3  those customers and they would stay with CVS,
4  correct.
5      Q. And you were also concerned about avoiding
6  what's called cannibalization, right?
7      A. Umm, I don't think I stated it here, but
8  with anything I do I have to think of
9  cannibalization.
10     Q. And what is cannibalization?
11     A. It could mean many things. What -- how are
12 you asking me to re -- refer to?
13     Q. Well, more -- more to the point, CVS was
14 concerned about not making the new HSP program too
15 attractive to cash customers, correct?
16         (Pause.)
17     A. We were putting together a program that met
18 the needs of our consumers that certainly felt to
19 them that they would perceive it as a competitively
20 good program that offered value to them.
21         Umm...
22         So I'm not sure how far I can go with
23 that for you.
24     Q. But CVS didn't want the program to be too
25 good for CVS's customers, correct?

91

1      A. You know, I'm not sure what you're -- umm,
2  we're trying to create a program that our customers
3  appreciate.
4      Q. Do you ever recall discussion of
5  cannibalization risk as part of the process of
6  designing the new HSP?
7      A. I may have. I'm not sure that I recall it.
8      Q. Let me show you what was previously marked
9  as Exhibit 13. Wait, I'm sorry. I'm sorry. Let me
10 go back. If you could put that one aside.
11         Go back to Exhibit 88 for a second.
12     A. Eighty-eight?
13     Q. I wasn't -- I apologize. Yes, the prior
14 one.
15         On the second page of Exhibit 88, the
16 first full paragraph on the second page of
17 Exhibit 88 you wrote as follows: I have a followup
18 meeting with Larry Merlo, Doug Sgarro, Rob, Bari
19 Dave Purdy and a few others on Monday morning,
20 February 25th.
21         Did I read that correctly?
22     A. The first sentence, yes.
23     Q. Okay. And so you had apparently a meeting
24 scheduled with Mr. Merlo on February 25th of 2008,
25 correct?

92

1      A. Yes.
2      Q. And then further down in the paragraph you
3  wrote: Also, in last week's meeting with Larry Rob
4  suggested that we were going to get the new card out
5  by June. I think Rob was thinking about the impact
6  on marketing initiatives.
7          Did I read that correctly?
8      A. You read it correctly.
9      Q. So you also had a meeting with Larry Merlo
10 apparently during the first week of February 2008,
11 correct?
12     A. The first week in?
13     Q. February of 2008.
14     A. Was that in a prior document you gave me?
15     Q. Well, so your e-mail containing the sentence
16 is dated February 11, 2008, right?
17     A. Correct.
18     Q. And it refers to last week's meeting with
19 Larry, right?
20         (Pause.)
21     A. In the beginning of this e-mail, which was
22 dated February 11th, I'm talking about the morning
23 meetings went well. I use the prop slides,
24 etcetera, etcetera. I don't know who was in that
25 meeting.

93

1      Q. Right, but later on in your e-mail you
2  reference a meeting with Larry Merlo during the
3  prior week, correct? Also in last week's meeting
4  with Larry.
5      A. Oh, okay. I see what you're saying. Yes, I
6  could have had a meeting the prior week. Right.
7      Q. Well, you reference a meeting with Larry,
8  correct?
9      A. Yes.
10     Q. And that was Larry Merlo, right?
11     A. Yes.
12     Q. And then you also state that you're -- you
13 will have a meeting -- another meeting with Larry
14 Merlo on February 25th, right?
15     A. Correct.
16     Q. Then now if you will please look over at
17 Exhibit 13 previously marked. And take a minute to
18 review that, please.
19         (Pause.)
20     Q. Have you had a chance to review Exhibit 13?
21     A. I did.
22     Q. Exhibit 13 is an e-mail exchange from April
23 of 2008, correct?
24     A. Correct.
25     Q. And the subject line on the e-mail exchange

1                    CERTIFICATE

2   COMMONWEALTH OF MASSACHUSETTS)

3   SUFFOLK, SS.                 )

4

5        I, Paulette M. Cook, Registered Merit Reporter

6   and Notary Public in and for the Commonwealth of

7   Massachusetts, do hereby certify that THOMAS E.

8   MORRISON, the witness whose deposition is

9   hereinbefore set forth, was duly sworn by me and

10  that such deposition is a true record of the

11  testimony given by the witness.

12       I further certify that I am neither related to

13  or employed by any of the parties in or counsel to

14  this action, nor am I financially interested in the

15  outcome of this action.

16       In witness whereof, I have hereunto set my hand

17  and seal this 16th day of February, 2016.

18

19

20
                              _____
21                            *Paulette M. Cook*

22                            Notary Public

23

24  My commission expires:

25  February 5, 2021