# EXHIBIT 23

From: Tibus, Daniel G.
Sent: Tue 6/23/2009 5:11 PM (GMT-04:00)
To: 'Gerasta, Rick'
Cc: Markley, Nichole
Bcc:
Subject: RE: CVS/pharmacy Health Savings Pass

Rick,

It does not integrate with the Rx benefit. For example, for Sheet Metal Workers Local 20, it will not allow a participant to pay 20% of $9.99 by using their CVS Caremark PBM card in conjunction with the Health Savings Pass. It's one or the other.

This retail program was initially launched as a benefit for uninsured consumers. Naturally, consumers with insurance use it as a substitute if the Health Savings Pass provides a richer benefit than their employer plan.

Dan Tibus
Account Executive
CVS Caremark
Phone: 847-559-5726
daniel.tibus@caremark.com

---

**From:** Gerasta, Rick [mailto:RGerasta@Segalco.com]
**Sent:** Tuesday, June 23, 2009 11:56 AM
**To:** Tibus, Dan
**Cc:** Markley, Nichole
**Subject:** Re: CVS/pharmacy Health Savings Pass

How would the $10 fee and $9.99 OOP every 90 days integrate with the plan's Rx benefit, or wouldn't it?

---

**From:** Tibus, Dan
**To:** jpotesta@smw20.com ; Hazel Compton
**Cc:** Gerasta, Rick; Markley, Nichole
**Sent:** Tue Jun 23 11:44:09 2009
**Subject:** CVS/pharmacy Health Savings Pass

Thank you for taking time out of your day on Friday, and allowing me to speak to The Board. I know you always have a very busy agenda, and I sincerely appreciate the opportunity to meet with you and The Board face to face.

I'll send along an email soon with the items we're moving forward with, along with the items where you asked for more detail.

This link provides more information about the CVS/pharmacy Health Savings Pass. Mike Jones brought this program up on Friday. My apologies, for not having more information about it at the time. For an

annual $10 fee it offers 90 day supplies for $9.99 on more than 400 generic drugs. It also offers 10% off at MinuteClinic on any regular priced health service or screening. This is a benefit offered to the public, so anyone can take advantage of the program.

http://www.cvs.com/CVSApp/promoContent/promoLandingTemplate.jsp?promoLandingId=1046#1

Thank you,

Dan Tibus
Account Executive
CVS Caremark
Phone: 847-559-5726
Fax: 480-314-6037
daniel.tibus@caremark.com

CONFIDENTIALITY NOTE: This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, contact the sender via reply e-mail and destroy all copies of the original message.

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE. IT MAY CONTAIN PRIVILEGED OR CONFIDENTIAL INFORMATION THAT IS EXEMPT FROM DISCLOSURE. Dissemination, distribution or copying of this message by anyone other than the addressee is strictly prohibited. If you received this message in error, please notify us immediately by replying: "Received in error" and delete the message.
Thank you.

Corcoran – CONFIDENTIAL

CAREMARKSM_0006155