# EXHIBIT 24



  

HOME    ABOUT    OUR INDUSTRY REPORTS    E-LEARNING    ADVERTISE    SUBSCRIBE    CONTACT

**THURSDAY, JANUARY 15, 2009**

## Pharmacy Profits and Wal-Mart

Fair warning: This post will make some people quite uncomfortable.

In Who Pays for Prescription Drugs?, I showed you how the payer for prescription drugs has changed over the past 40 years. The next logical questions: How much money do pharmacies make from different payers? How will a dominant government payer influence pharmacy profits? And what happens as competitive pressures increase?

I only have data about independent pharmacies in 2007, but the answers may surprise you. Here's what I found:

- Medicaid remains the most profitable third-party payer for independent pharmacies.
- Despite what you may have heard, gross margins on third-party insurance business are growing at independent pharmacies.
- The generic price war that was triggered by Wal-Mart is squeezing pharmacy margins on cash-pay consumers. While $4 generics may be good news for uninsured/underinsured patients, they are bad news for pharmacy owners.

### THE FACTS

The data in the table below come from the NCPA 2008 Digest, which summarizes self-reported survey data from a sample of independent pharmacy owners.

| Payer | Average Pharmacy Gross Margin for Prescriptions 2006 | 2007 | Change (basis points) |
|---|---|---|---|
| Medicaid | 19.6% | 20.3% | +70 b.p. |
| Medicare Part D | 16.0% | 18.7% | 270 b.p. |
| Other Third Party Programs | 16.5% | 16.7% | 60 b.p. |
| Non Third Party | 56.7% | 42.4% | -1424 b.p. |
| Overall (pharmacy average) | 21.5% | 22.1% | 60 b.p. |

A few observations:

- Margins for all three categories of third-party-paid prescriptions increased in 2007 versus 2006.
- Medicaid prescriptions remain more profitable than either Medicare Part D (+160 basis points) or private third-party payers (+120 basis points). This is something to keep in mind the next time you hear that half of all independent pharmacies will close if Medicaid reimbursements drop by 2 percent.
- Gross margins on Part D business jumped by 270 basis points in the second year of the program. The self-reported gross margins of 18.7% in the NCPA Digest correspond almost exactly with the 18.5% reported by the OIG last year. See Pharmacy Profits & Part D for details.

### THE WAL-MART EFFECT

Look at the category labeled "Non Third Party" in the table above. This category includes primarily cash-pay consumers, i.e., people who pay the full cost of their prescriptions out of their own pocket.

In 2007, average pharmacy margins from these uninsured/underinsured people were 42.4%, a decline of over 1400 basis points compared to 2006.

I'll give you one guess why this is happening.

Wait for it.

Yes, you got it – it's the generic price war!

These data confirm my supposition that the price war started by Wal-Mart in September 2006 will reduce pharmacy profits from uninsured/underinsured customers. And from the department of tooting-one's-own-horn (ahem), this margin drop is consistent with the predictions that I made at the time that Wal-Mart announced its $4 generics program in Wal-Mart's Generic Pricing Will Trigger Big Changes and Reconsidering Wal-Mart (but just a little).

In September 2006, I wrote:



Drug Channels is written by Adam J. Fein, Ph.D. Dr. Fein is President of Pembroke Consulting, Inc. and CEO of Drug Channels Institute. Read More...

Email Dr. Fein
Connect via LinkedIn

**OUR INDUSTRY REPORTS**

 

The 2016 Economic Report on Retail, Mail, and Specialty Pharmacies

The 2016-17 Economic Report on Pharmaceutical Wholesalers and Specialty Distributors

NEW

**SPONSORS**

 

REAL WORLD DATA FOR COMPETITIVE ADVANTAGE SUMMIT
DECEMBER 13-14, 2016
PHILADELPHIA, PA

ACO POPULATION HEALTH CONGRESS

 

SPECIALTY PRODUCT DATA STRATEGIES
DECEMBER 14, 2016
PHILADELPHIA, PA

12TH LIFE SCIENCES TRADE and CHANNEL STRATEGIES
December 13-14, 2016
Philadelphia, PA

**Tweets** by @DrugChannels

Adam J. Fein
@DrugChannels

Hey @SenSanders: List price increases for #insulin go to insurers and #PBMs, not #drug makers drugch.nl/2dzLGiv



Embed                View on Twitter

**SEARCH DRUG CHANNELS**

**VIEW ARTICLES BY TOPIC**

DEFENDANT'S EXHIBIT DX-Z84
PENGAD 800-631-6989

CONFIDENTIAL                CVSSM-0010309

*"Wal-Mart clearly struck a powerful chord with people. They are signaling their intent to remove profits from the retail pharmacy industry, to the ultimate detriment of pharmacy chains and independents. I believe that we'll look back and acknowledge September 21, 2006, as a turning point in retail pharmacy's evolution."*

**CONSUMERS WIN**

Today, many independents will match prices to avoid losing a customer (and to avoid changing their U&C rates). Although they may deny the existence of price competition, Walgreens (WAG) and CVS Caremark (CVS) are also feeling the pressure on pharmacy profits.

Cash-pay customers love the generic price wars, which offer the most value for uninsured and under-insured patients. Price shoppers are fans, too, given the wide and apparently persistent variations in pharmacy prices for many common, high volume generics. (See The Price Might Be Right.)

Keep in mind that despite the drop in cash-pay margins, independent pharmacies also earned 2X margins from non-third-party scripts compared to third-party scripts. This differential reflects our health care system's "soak the poor" approach, whereby cash-pay customer pay list price while those of us with insurance benefit from our pooled negotiating power.

Will this pattern continue in 2008 and beyond? Will PBM margins on third-party business trend downward as payers get more information about true profitability? Will direct-to-payer, cost-plus deals trigger another margin takedown?

Stay tuned, dear reader.

=====

Many readers have written to me asking about recent news stories – especially the UPS/Merck deal and CVS Caremark's 2009 outlook. I'll try to catch up on these stories in Drug Channels next week.

SHARE

Print   Posted by Adam J. Fein, Ph.D. on Thursday, January 15, 2009   14 Comments
Labels: Costs/Reimbursement, Generic Drugs, Medicare Part D, Pharmacy, Pharmacy Economics

### DR. FEIN IN THE NEWS

Insurers and Hospital Industry Caught Spreading More "False Alarms" *BIOtech NOW*

Study shows coupons lead to big profits for drugmakers *NPR Marketplace*

Rising drug prices are making hospitals feel ill *Pharmalot/STAT*

Paid Full Price for Drugs? Your Insurer Is Still Getting a Rebate *Bloomberg*

Avella Specialty Pharmacy tops list of fast-growing private pharmacies *Pharmaceutical Commerce*

Cardinal Health buys North American rights to Navidea product *Columbus Dispatch*

Industry Insiders Estimate EpiPen Costs No More Than $30 *NBC News*

The EpiPen Drama Shows What's Wrong With How Drugs Are Priced *Bloomberg Business Week*

Mylan's Generic EpiPen — A Price Break Or Marketing Maneuver? *Kaiser Health News*

The Insurance Rip-Off At The Heart Of The EpiPen Scandal *Forbes*

Mylan to Offer a Generic EpiPen at Half the Price *The New York Times*

Mylan to Launch Cheaper Generic EpiPen Alternative *The Wall Street Journal*

The Complex Math Behind Spiraling

**First time visitor? Sign up for a FREE SUBSCRIPTION!**

340B Spotlight: Retail pharmacies continue to expand the 340B program *The Catalyst*

### TESTIMONIALS

<< 11 **12** 13 14 15 >>

"Drug Channels stands out as must-read. Adam's posts are consistently topical, insightful, and entertaining."

**Daniel Kinney**
Vice President, Information Services and Advanced Analytics, IntegriChain, Inc.

**14 Comments**   Drug Channels        Login

♥ Recommend   Share                    Sort by Oldest


**Anonymous** · 8 years ago
Adam,

I have a question about $4 generics. I thought that most, if not all, third party contracts included a "lower of" clause that required the pharmacy to charge the third party payer the lower of the contract price or its usual and customary price. Wouldn't this mean that pharmacies offering $4 generics to cash customers would also have to offer these prices to third-party payers? For pharmacies with 90%+ third party prescription sales, wouldn't this be a major reason to not offer $4 generics? If this is true, why have so many chains jumped on the $4 generic bandwagon?
∧ ∨ · Share ›


**Adam J. Fein** · 8 years ago
You are correct but there is a twist.

Third-party contracts usually will not reimburse a pharmacy at a level above the pharmacy's "usual and customary" (U&C) price.

Therefore, the chains require some sort of membership fee to get discount generics, which means that the price charged to "club members" is not U or C. In addition, a pharmacy that offers to match a competitor's price has not adjusted its U&C.

In contrast, Wal-Mart unilaterally lowered its U&C for the generic drugs on its $4 list.

There is a lengthy discussion of this issue in the comments below The Price is Right.

Adam

### VIEW ARTICLES BY DATE

▶ 2016 (131)
▶ 2015 (157)
▶ 2014 (148)
▶ 2013 (147)
▶ 2012 (145)
▶ 2011 (138)
▶ 2010 (139)
▼ 2009 (108)
  ▶ December 2009 (11)
  ▶ November 2009 (10)
  ▶ October 2009 (14)
  ▶ September 2009 (12)
  ▶ July 2009 (2)
  ▶ June 2009 (10)
  ▶ May 2009 (11)

CONFIDENTIAL                                                                       CVSSM-0010310

∧ ∨ · Share ›



**scripkilla** · 8 years ago

In resposne to the previous post - yes, you are correct about U&C vs what is sent to insurers. Several insurers have sent nastygrams threatening to revoke contracts. If they uncover lots of claims they believe are purposefully marked up. I do see their point although it's obvious that was not the long-term intent of the $4 plan. It was meant for impoverished or under insured persons. So, many pharmacies have created an 'opt in discount program' rather than reduce their 'U&C' so insurers can't say $4 is the 'everyday U&C price' even though for the most part it is - loophole fighting loophole. Wal-Mart is not doing this however, so their millions of insurance claims are at the $4 price. It has definitly influenced the MAC insurances use for reimbursement (whihc is derived from national or geographical average price). I've seen lots of claims for generics go from mid $20 range down to $4.25 or so (ironically just above $4, since some others still send the higher U&C). This will continue to drive down or at minimum continue to slow margins from ALL third party payors. I will be eager to see the 2008 data!

∧ ∨ · Share ›

**Anonymous** · 8 years ago

Question: On the pharmacy margin that you listed above, is that just for generics, or are brands included.

I can't imagine that pharmacies are making 20% on brands, or even something remotely close.



**Adam J. Fein** · 8 years ago

Re: previous comment

The data show the blended margin for generics and brands. Obviously, percentage margins are quite different even if dollar margins are similar. See the data in Pharmacy Profits & Part D for a numerical example in Part D.

Adam

∧ ∨ · Share ›



**Mr. MedSaver** · 8 years ago

Adam,

Whenever you blog about Wal-Mart's $4 program, I'm amazed that you continually leave out this one indisputable fact: Wal-Mart generally rapes cash-paying customers on non-$4 generics. For example, Wal-Mart's price on leflunamide (generic Arava) 20mg #90 is currently $502.68. By contrast, Costco charges $62.92. Here's another example: omeprazole 20mg #90 is a ridiculous $240.00 at Wal-Mart! Obviously, they're trying to lure in cash customers to A) overcharge them on other drugs and B) keep them waiting in the store to purchase other products.

∧ ∨ · Share ›



**Anonymous** · 8 years ago

You are correct but there is a twist.

Third-party contracts usually will not reimburse a pharmacy at a level above the pharmacy's "usual and customary" (U&C) price.

I am totally agree

Drug Intervention Virginia

∧ ∨ · Share ›



**Anonymous** · 8 years ago

You know what? As an independent pharmacy owner, I am ready to stick out

---

- April 2009 (10)
- March 2009 (10)
- February 2009 (9)
- ▼ January 2009 (9)
  - McKesson's CEO Cashes In
  - Good Stuff to Read
  - Parallel Trade and UK Drug Shortages
  - Pfizer Tries to Choke Demand for Parallel Imports
  - Why the UPS-Merck Deal Won't Hurt Wholesalers
  - Pharmacy Profits and Wal-Mart
  - Who Pays for Prescription Drugs?
  - Drug Wholesalers and the Credit Crunch
  - Walgreens vs. Reality
- ► 2008 (94)
- ► 2007 (115)
- ► 2006 (57)

### INDUSTRY NEWS AND BLOGS

**STAT**
Some immune-boosting cancer drugs may pose rare heart risks

**The Dose (NCPA)**
Independent Pharmacists Can Be Key Allies in Reducing Hospital Admissions

**CIS Compliance Blog**
[First time visitor? Sign up for a FREE SUBSCRIPTION!]
Enrollment Week 2016

**Health Affairs Blog**
State Interest In 1332 Waivers Gaining Steam

**Drug Wonks**
Insurers to CMS, Congress: We Want More Rx Rebates So Give Us Total Control Over Medicare Drug Benefit

**The Catalyst (PhRMA)**
New report highlights need to speed patent examination

**Healthcare Economist**
Patterns of Adherence to Atypical Antipsychotics

**Pharmalot**
Novartis has a history of charging high prices for drugs in Colombia

**Health Business Blog**
PCSK9 experience shows drug market isn't completely broken

**RxTrace**
China's Retreat From Pharma Serialization: Will This Become A Global Trend?

**Eye on FDA**
Weekly Roundup 10.28.16

**Matthew Herper (Forbes)**
EpiPen Competitor Auvi-Q To Return To Market, Promising Lower Costs For Patients

**Pharmaceutical Executive**
The Rise of the CFO Strategist: Balancing Numbers and Know-how

**Pharmaceutical Commerce**
New solid phase-change material, new passive packaging win industry awards

**Inside HSCA**
Round-up: The Latest Developments on Generic Drug Price Spikes and the Importance of Competition

**Managed Market Access**
Is Pharma Rethinking Twitter?

▼ **PCMA**



CONFIDENTIAL                                                                                              CVSSM-0010311



this price war the big chains want to wage against each other. I refuse to participate, while making exceptions for those customers of mine who I know for a fact can't afford their meds without my help.. I'd like to believe that ALL independents still do that, and I think I would be right.

I hope the chains keep playing this game. One day (soon, I hope), their investors and shareholders will realize that although sales have been going up, profits are not!! Of course, these would be the same investors and fund managers that were fooled by a certain Mr. Madoff for a very long time.. so I may be waiting a while.. oh well, as long as they end up with the same fate as their investments with Madoff did, I'll still be happy .

∧ | ∨ · Share ›



**Anonymous** · 8 years ago

Adam,

Isn't this how the wholesalers began to get in trouble by giving the buy-side away through WAC Minus pricing? Look what happened to the smaller regionals as a result of that...they're now owned by the "Big Three".

∧ | ∨ · Share ›



**Anonymous** · 8 years ago

Adam,

Any comments to the draft FDAAA guideline recently released for standardized numerical identifier(SNI)?

Not much content for the hype and wait...

and globally adopted?

∧ | ∨ · Share ›



**Anonymous** · 8 years ago

Adam,

The average pharmacy has about 6-7 % cash paying customers. If 50% of that is generics then it is a very small amount with regard to the total sales picture. I don't think the "generic war" is going to make or break anyones bottom line. Why don't you do a little research on how is WalMart fairing with its staff issues and keeping pharmacists and other pharmacy employee from leaving for other employers.

∧ | ∨ · Share ›



**Anonymous** · 8 years ago

For the independent pharmacy owners, what would be your advice for a pharmacist trying to open up an independent pharmacy. Can they even make it in leu of the price war.

∧ | ∨ · Share ›



**Anonymous** · 7 years ago

Isn't this how the wholesalers began to get in trouble by giving the buy-side away through WAC Minus pricing? Look what happened to the smaller regionals as a result of that...they're now owned by the "Big Three".
http://www.thepharmacyone.com/

∧ | ∨ · Share ›



**Anonymous** · 6 years ago

War Mart/Target/Grocery chains do not mind making low/no profits on pharmacy drugs, these are just services that drive people into the store. As a matter of fact, since offering $4 generics, Wal-Mart/Target/Grocery chains make more profit in the front-end since more people are coming into the stores. I think Target guest comes in to the store 17 times more into the store when they get their prescription at Target. So now that means, if the average customer spends about $75 per visit, and their medication cost is $4 x 12(Pharmacy makes no profit for refills for the patient for the year), they still

CONFIDENTIAL CVSSM-0010312

end up with $75 x 17 dollars more than if they didnt come in.

It's a win-win for the big 3. Really bad for the Pharmacy profession and business.

∧ | ∨ • Share ›

**ALSO ON DRUG CHANNELS**

**Follow the Dollar: Measuring Who Profits From a Brand-Name ...**
7 comments • 20 days ago

Avat HealthcareRancher — Great information!! So not counting the insurer, the PBM (who never sees ...

**Follow the Vial: The Buy-and-Bill System for Distribution and ...**
2 comments • 19 days ago

Avat Adam J. Fein — Exactly!

**Follow the Dollar: The Movie!**
5 comments • 5 days ago

Avat monomani — the movie should be called... "Follow the contract"

**Walgreens Plays to Win: Our Exclusive Analysis of 2017's Part ...**
8 comments • 6 days ago

Avat Jeanne JM — I believe you are correct. But, non-preferred pharmacies maintain DIR fees on ...

✉ Subscribe   ⊕ Add Disqus to your site Add Disqus Add   🔒 Privacy      **DISQUS**

Newer Post                    Home                           Older Post

First time visitor? Sign up for a    **FREE SUBSCRIPTION!**

**DISCLAIMER**
The analyses on this website are based on information and data that are in the public domain. Any conclusions, findings, opinions, or recommendations are based on our own experienced and professional judgment and interpretations given the information available. While all information is believed to be reliable at the time of writing, the information provided here is for reference use only and does not constitute the rendering of legal, financial, commercial, or other professional advice by Pembroke Consulting, Inc. or the author. Any reliance upon the information is at your own risk, and Pembroke Consulting, Inc. and the author shall not be responsible for any liability arising from or related to the use or accuracy of the information in any way. Pembroke Consulting, Inc. does not make investment recommendations, on this website or otherwise. Nothing on this website should be interpreted as an opinion by Pembroke Consulting, Inc. or the author on the investment prospects of specific companies.

The comments contained on this site come from members of the public and do not necessarily reflect the views of Pembroke Consulting or the author. Neither Pembroke Consulting nor the author endorse or approve of their content. Pembroke Consulting and the author reserve the right to remove or block comments, but are under no obligation to explain individual moderation decisions.

The content of Sponsored Posts does not necessarily reflect the views of Pembroke Consulting, Inc., or any of its employees.

Copyright 2006-2016 Pembroke Consulting, Inc. All rights reserved.

Drug Channels® is a registered trademark of Pembroke Consulting, Inc.

CONFIDENTIAL                                                                                                              CVSSM-0010313