# EXHIBIT 25



  

**HOME**    **ABOUT**    **OUR INDUSTRY REPORTS**    **E-LEARNING**    **ADVERTISE**    **SUBSCRIBE**    **CONTACT**

THURSDAY, JULY 08, 2010

## Update on Readers, Traffic, and Sponsors



We're halfway through 2010. Time for an update on Drug Channels readership and sponsors!

As I show you below, blog traffic continues to grow in 2010. We hit a new record in June thanks to coverage of the CVS-WAG spat and our exclusive launch of the Walmart white paper. Drug Channels traffic now ranks higher than many well-known trade publications. Cool!

I also launched blog sponsorship in 2010, helping a diverse group of companies to connect with the growing Drug Channels community. More sponsors are on the way. Email me to discuss upcoming opportunities.

As always, I thank you for reading Drug Channels. Please feel free to contact me with comments, complaints, or kudos. You can also connect with me via LinkedIn.

**Who Reads Drug Channels?**

Based on domain names from our web traffic logs, the blog is read throughout the healthcare and life sciences industries. Click here to view a list of organizations that visited Drug Channels. As you can see, it's a Who's Who of the industry, including:

- Pharmaceutical manufacturers
- Pharmacy Benefit Managers
- Pharmaceutical wholesalers
- Pharmacies (all types)
- Health care providers
- Government agencies
- Large employers
- Law firms
- Institutional Investors

Don't worry—I can't see the names of any individual readers, just the organization name assigned to your computer network.

**How many people read Drug Channels?**

Here is a chart of monthly page loads (views) and unique visitors of Drug Channels since I first started collecting data (March 2007). Click the chart to enlarge it.



As you can see, the site's traffic has grown dramatically over the past few years. In June 2010, page views reached 35,000 and there were more than 20,000 unique visitors. FYI, the big dips in 2008 and 2009 correspond to my July and August blogcations, although traffic was still decent thanks to search engines. No blogcation this year!

I was surprised to learn that Drug Channels traffic even ranks higher than traditional media. Here are the Alexa U.S. traffic rankings for Drug Channels along with selected leading trade publications as of July 6, 2010. (Lower is better—Google.com ranks #1.)

- Drug Channels: #56,503
- Drug Store News: #84,703

Drug Channels is written by Adam J. Fein, Ph.D. Dr. Fein is President of Pembroke Consulting, Inc. and CEO of Drug Channels Institute. Read More...

Email Dr. Fein
Connect via LinkedIn

**OUR INDUSTRY REPORTS**

 

**SPONSORS**

 

 

First time visitor? Sign up for a FREE SUBSCRIPTION! ✕

 

 

- **Pharmaceutical Commerce:** #240,201
- **Pharmaceutical Executive:** #358,911
- **Pharmaceutical Manufacturing:** #367,550
- **Chain Drug Review:** #468,824

BTW, Alexa has a neat browser toolbar add-in.

You can view real-time traffic statistics for Drug Channels anytime via Statcounter at the bottom of the right hand sidebar. These summary stats do NOT include domain names.

**Sponsorship Opportunities**

I am grateful to the following organizations for sponsoring Drug Channels during the past six months:

- ChainDrugStore.net
- Institute for International Research
- Integrichain
- Modern Distribution Management
- Pharmaceutical Care Management Association
- Restat

Sponsorship offers a unique opportunity to reach an engaged audience of professionals from around the industry. Drug Channels sponsors get:

- Premier placement of a banner ad (fixed or animated) in the upper left corner of the blog, i.e., above the fold. This ad can link anywhere—your company's main home page, a special campaign, whatever. The ads appear on every page and are not blockable by a browser add-in.
- A personalized "Sponsor Welcome" blog post
- Permission to reproduce blog posts (with full citation and URL) during the sponsorship period

Please email me to discuss this opportunity or if you have any questions.

Posted by Adam J. Fein, Ph.D. on Thursday, July 08, 2010     0 Comments
Labels: Blog Administration



**Tweets** by @DrugChannels

Adam J. Fein
@DrugChannels

Cardinal Health's Unhappy Profit Surprise: The Coevolution of Pharmacy Buying Groups and ... tinyurl.com/yb999lx4

14h

Embed                               View on Twitter

**SEARCH DRUG CHANNELS**

**VIEW ARTICLES BY TOPIC**

Select a Topic ▼

**DR. FEIN IN THE NEWS**

**VIEW ARTICLES BY DATE**

► 2017 (83)
► 2016 (156)
► 2015 (157)
► 2014 (148)
► 2013 (147)
► 2012 (145)
► 2011 (138)
▼ 2010 (139)
  ► December 2010 (8)
  ► November 2010 (12)
  ► October 2010 (11)
  ► September 2010 (13)
  ► August 2010 (12)
  ▼ July 2010 (10)
     CVS-Aetna: Less Than Meets The Eye?
     Drug Channels News Roundup: Late July
     Update on Medicaid Drug Rebate Program



How did stolen GSK product end up in pharmacies?
RxRoundtable (sponsor)
Alabama: More Momentum for Cost-Plus
A Victory for Pharmacy Profits in South Carolina
Update on Readers, Traffic, and Sponsors
Drug Channels News Roundup: July 2010

  ► June 2010 (16)
  ► May 2010 (11)
  ► April 2010 (13)
  ► March 2010 (12)
  ► February 2010 (10)
  ► January 2010 (11)
► 2009 (108)
► 2008 (94)
► 2007 (115)
► 2006 (57)

**INDUSTRY NEWS AND BLOGS**

**Chain Drug Review**
Sales decline in June at Fred's Pharmacy

**Fierce Pharma**
Endo caves to FDA pressure, will pull Opana ER from the market

**Drug Store News - Pharmacy**
Walmart gets specialty pharmacy accreditation from URAC

**Matthew Herper (Forbes)**
How Do You Value A Private Company? The Answer CouldAffectMartin Shkreli's Fate

**STAT**
STAT Plus: Generic trade group sues Maryland over 'unconstitutional' price gouging law

**Bloomberg Gadfly**
Celgene is Tardy to This Cancer-Drug Party

**Health Affairs Blog**
Beyond "To Close Or Not To Close" Rural Hospitals

**The Dose (NCPA)**
ICYMI: 7 June PBM Stories You Need to Read

**Eye on FDA**
What They Said – 2nd Quarter 2017

**Healthcare Economist**
Quality of your (Social) Life

**Biosimilars Review & Report**
A Difficult Road Ahead for a "Pure-Play" Biosimilar Maker

**The Catalyst (PhRMA)**
Medicare Monday: It is Medicare's birthday month!

**RxTrace**
FDA Delays Enforcement of DSCSA November Deadline: What It Means

**PCMA**
Federal Government costs could increase $24.4 billion over ten years if DIR were reflected at the point-of-service, 2017-2026

**Health Business Blog**
Welcome to #CareTalk with CareCentrix CEO John Driscoll

**Drug Wonks**
Cutting through the (Us)din

**Pharmaceutical Executive**
Keep Compliance Top of Mind

First time visitor? Sign up for a   FREE SUBSCRIPTION!   ✕

...Further Delay of Effective Date

**Inside HSCA**
HSCA Releases Letter of Support for H.R. 749, the "Lower Drug Costs through Competition Act"

**Pharmaceutical Commerce**
New solid phase-change material, new passive packaging win industry awards

**DISCLAIMER**

The analyses on this website are based on information and data that are in the public domain. Any conclusions, findings, opinions, or recommendations are based on our own experienced and professional judgment and interpretations given the information available. While all information is believed to be reliable at the time of writing, the information provided here is for reference use only and does not constitute the rendering of legal, financial, commercial, or other professional advice by Pembroke Consulting, Inc. or the author. Any reliance upon the information is at your own risk, and Pembroke Consulting, Inc. and the author shall not be responsible for any liability arising from or related to the use or accuracy of the information in any way. Pembroke Consulting, Inc. does not make investment recommendations, on this website or otherwise. Nothing on this website should be interpreted as an opinion by Pembroke Consulting, Inc. or the author on the investment prospects of specific companies.

The comments contained on this site come from members of the public and do not necessarily reflect the views of Pembroke Consulting or the author. Neither Pembroke Consulting nor the author endorse or approve of their content. Pembroke Consulting and the author reserve the right to remove or block comments, but are under no obligation to explain individual moderation decisions.

The public domain use of our materials includes linking to our website. You do not need to obtain special permission to link to the Drug Channels site.

The content of Sponsored Posts does not necessarily reflect the views of Pembroke Consulting, Inc., or any of its employees.

© 2006-2017 Pembroke Consulting, Inc. All rights reserved.

Drug Channels® is a registered trademark of Pembroke Consulting, Inc.