# EXHIBIT 32



# Change to Win: Growing Problems for CVS Caremark

*Multi-state investigation looms as bill banning retail/PBM business model in FEHBP clears House Subcommittee and gains momentum in Congress*

March 25, 2010 11:17 AM Eastern Daylight Time

WASHINGTON--(BUSINESS WIRE)--Problems continue to mount for pharmacy services company CVS Caremark as news came this week that a bill aimed at the company's largest PBM contract is moving quickly through Congress, and that the company is being investigated by Attorneys General in several states over its controversial business model.

These problems come on the heels of CVS Caremark's November 2009 announcement that it is under investigation by the Federal Trade Commission. The company also announced at that time that it had lost $4.8 billion worth of 2010 contracts.

## Florida Attorney General Confirms Investigation Into CVS Caremark, Other States to Follow Suit

News came to light this week that Attorneys General in several states are investigating CVS Caremark and its business model which includes both retail pharmacies and a pharmacy benefit manager (PBM) component. "The company sells medicine through its own stores while simultaneously reimbursing rival chains through its PBM," *Fortune* magazine (available online) explained. "Critics say this arrangement poses a conflict of interest."

CVS Caremark acknowledged in its 2009 third quarter earnings report that it is being investigated by the Federal Trade Commission (FTC). The FTC has received communications from health plans, independent pharmacists, consumer groups, five U.S. Senators and over a dozen members of the House of Representatives expressing concern about the potential anti-competitive effects of the merged retail-PBM business model and the potential risks for consumers and health plans when such a large portion of the pharmaceutical supply chain is controlled by one company.

## House Bill Banning Retail/PBM Business Model in FEHBP Moves to Full Committee

A bill that would improve oversight of PBMs that contract with the Federal Employee Health Benefits Program (FEHBP) gained significant momentum as it advanced in the House of Representatives today.

HR 4489, "FEHBP Prescription Drug Integrity, Transparency, and Cost Savings Act," was voted out of Subcommittee on Wednesday and on to consideration by the full Committee on Oversight and Government Reform.

"We're very pleased that so many members of the Subcommittee support increasing oversight of these crucial federal contracts," said Jasmin Weaver of Change to Win. "The reforms in the bill will benefit not only the federal employees covered by the drug benefits in question, but also the federal government and ultimately the American taxpayers."

HR 4489 would reform many aspects of how the Federal Employees Health Benefits Program (FEHBP) contracts with PBMs to provide prescription drug benefits to federal workers. Notably, the bill would prohibit companies that operate both retail pharmacies and a pharmacy benefit manager from doing business with the FEHBP. CVS Caremark, FEHBP's largest pharmacy benefit manager, currently operates under this model.

## Change to Win Study Findings Illustrate Need for PBM Reform

The findings of a Change to Win document are illustrated here to provide readers with the FEHBP. The report reveals that CVS Caremark charges the US government and millions of federal employees more for hundreds of generic drugs than customers at CVS pharmacies who use *no insurance.*

As detailed in the report, a comparison of drug prices for federal employees covered by CVS Caremark through the Blue Cross Blue Shield Federal Employee Program (FEP) and prices for participants in CVS's walk-in generics discount program revealed that the federal government and FEP participants together pay more for 85% of the drugs available through the company's retail generics discount program.

In November 2009, Change to Win released CVS Caremark: An Alarming Merger, Two Years Later which reveals how CVS Caremark is quietly using its power as a market leader to squeeze the prescription drug distribution chain for profits and revenues while not passing these savings on to plans and patients. The results of this activity may drive up costs for health plans and reduce quality for patients; reduce transparency and hamper oversight for health plans; and compromise the privacy of health plan participants.

**Alarmed About CVS Caremark** is a Change to Win initiative to educate consumers, health plan managers and trustees about CVS Caremark, the country's largest pharmacy services company operating both a pharmacy benefits manager and a retail pharmacy chain. Our reports, CVS Caremark: An Alarming Prescription, CVS Caremark: An Alarming Merger and CVS Caremark's Generic Rip Off detail the troubling patterns and new risks presented by CVS Caremark.

**About Change to Win**

Change to Win is a six million member partnership of unions founded in 2005 to represent workers in the industries and occupations of the 21st century economy. Change to Win is committed to restoring the American Dream for a new generation of workers – wages that can support a family, affordable health care, a secure retirement, and the opportunity for the future. The affiliated unions are: Service Employees International Union, United Food and Commercial Workers Union, International Brotherhood of Teamsters, Laborers' International Union of North America, and United Farm Workers of America.

Contacts
Change to Win
Alex Goldschmidt, 202-316-9110