# EXHIBIT 34

| | |
|---|---|
| **From:** | Burke, William |
| **To:** | Ivy Arai Tabbara |
| **Cc:** | Geyerman, Grant; Elizabeth A. Fegan; smp@mtlesq.com; RCorrente@wckslaw.com; Mainigi, Enu; Steve Berman; Hoover, Kylie |
| **Subject:** | Schedule for Sheetmetal and Plumbers |
| **Date:** | Tuesday, November 29, 2016 1:43:00 PM |
| **Attachments:** | Sheet Metal & Plumbers Proposed Schedule.pdf |

Ivy:

Attached please find a chart regarding the schedule for Sheetmetal and Plumbers. As you can see, we have accepted all but one of the modifications that Plaintiffs proposed to the schedule during our Rule 26(f) conference.

The one date that the parties have not yet agreed on is the date for amending the pleadings. We initially proposed February 1, 2017. Plaintiffs counter-proposed April 3, 2017 to allow for more time to review CVS's document production before deciding whether to add parties. We are concerned, however, that if Plaintiffs add new parties on April 3, 2017 we won't have sufficient time to obtain discovery from the additional parties before the class certification briefing begins in June 2017. We propose to split the difference and make the deadline for amending pleadings March 3, 2017. Please let us know if that compromise is acceptable.

Thanks,
Bill

**William T. Burke**
**Williams & Connolly LLP**
725 Twelfth Street, N.W., Washington, DC 20005
202-434-5299
wburke@wc.com | www.wc.com/wburke

**Proposed Schedule:**

**Sheet Metal Workers Local No. 20 Welfare and Benefit Fund and Indiana Carpenters Welfare Fund v. CVS Health Corporation, Case No. 1:16-cv-00046-S (D.R.I.)**

**Plumbers Welfare Fund, Local 130 U.A. v. CVS Health Corporation, Case No. 1:16-cv-0447-S (D.R.I.)**

| Event* | CVS's Proposal | Plaintiff's Response | CVS's Counter-Proposal** |
|---|---|---|---|
| Initial disclosures due | December 2, 2016 | December 9, 2016 | December 9, 2016 |
| Amended pleadings and joinder of parties due | February 1, 2017 | April 3, 2017 | March 3, 2017 |
| Plaintiffs' motion for class certification due | June 2, 2017 | June 2, 2017 | June 2, 2017 |
| Defendant's opposition to class certification due | July 14, 2017 | July 14, 2017 | July 14, 2017 |
| Plaintiffs' reply in support of class certification due | August 11, 2017 | August 11, 2017 | August 11, 2017 |
| Close of all fact discovery | December 15, 2017 | December 15, 2017 | December 15, 2017 |
| Plaintiffs' expert reports due | January 31, 2018 | 60 days after the later of (1) decision re: class certification or (2) the close of discovery | 60 days after the later of (1) decision re: class certification or (2) the close of discovery |
| Defendant's expert reports due | February 28, 2018 | 30 days after plaintiffs' expert reports | 30 days after plaintiffs' expert reports |
| Plaintiffs' rebuttal expert reports due | March 28, 2018 | 30 days after CVS's reports | 30 days after CVS's reports |
| Motions for summary judgment due | April 25, 2018 | April 25, 2018 | April 25, 2018 |
| Oppositions to summary judgment due | May 23, 2018 | May 23, 2018 | May 23, 2018 |
| Replies in support of summary judgment due | June 6, 2018 | June 6, 2018 | June 6, 2018 |

*We will propose that all events after the close of summary judgment briefing—pre-trial conference, pre-trial motions, including Daubert motions, trial date—be scheduled at a later date by the Court.

** Dates in red have not yet been agreed-to.