# Exhibit 66

## Arndt, Lisa

| | |
|---|---|
| **From:** | Arndt, Lisa |
| **Sent:** | Thursday, June 28, 2012 7:18 PM |
| **To:** | cathy.traugott@state.co.us; Asseyj@scdhhs.gov; SandlerC@dhmh.state.md.us; anne.wells@ahca.myflorida.com; chad.hope@alaska.gov; Suzette.Bridges@arkansas.gov; suzanne.berman@azahcccs.gov; james.zakszewski@ct.gov; charlene.fairfax@dc.gov; lwiant@dch.ga.gov; coleenl@dhcfp.nv.gov; harry.hendrix@dhcs.ca.gov; sojourcy@dhec.sc.gov; lisa.weeks@dhhs.nc.gov; lfarrand@dhhs.state.nh.us; sparker2@dhs.state.ia.us; eidet@dhw.idaho.gov; donna.proffitt@dmas.virginia.gov; rhonda.driver@dss.mo.gov; chris.johnson@fssa.in.gov; nicole.nguyen@hca.wa.gov; axm14@health.state.ny.us; Vasquez,Andy (HHSC); margaret.scott@jfs.ohio.gov; KMelton@kdheks.gov; cindy.gray@ky.gov; rachel.broussard2@la.gov; jennifer.palow@maine.gov; kelli.littlejohn@medicaid.alabama.gov; Judith.Clark@medicaid.ms.gov; okeefet@michigan.gov; dcampana@mt.gov |
| **Subject:** | Re: $4 generic (and other similar) programs |

IL same as SC

---

**From**: cathy.traugott@state.co.us [mailto:cathy.traugott@state.co.us]
**Sent**: Thursday, June 28, 2012 11:36 AM
**To**: Asseyj@scdhhs.gov <Asseyj@scdhhs.gov>; SandlerC@dhmh.state.md.us <SandlerC@dhmh.state.md.us>; anne.wells@ahca.myflorida.com <anne.wells@ahca.myflorida.com>; chad.hope@alaska.gov <chad.hope@alaska.gov>; Suzette.Bridges@arkansas.gov <Suzette.Bridges@arkansas.gov>; suzanne.berman@azahcccs.gov <suzanne.berman@azahcccs.gov>; james.zakszewski@ct.gov <james.zakszewski@ct.gov>; charlene.fairfax@dc.gov <charlene.fairfax@dc.gov>; lwiant@dch.ga.gov <lwiant@dch.ga.gov>; coleenl@dhcfp.nv.gov <coleenl@dhcfp.nv.gov>; harry.hendrix@dhcs.ca.gov <harry.hendrix@dhcs.ca.gov>; sojourcy@dhec.sc.gov <sojourcy@dhec.sc.gov>; lisa.weeks@dhhs.nc.gov <lisa.weeks@dhhs.nc.gov>; lfarrand@dhhs.state.nh.us <lfarrand@dhhs.state.nh.us>; sparker2@dhs.state.ia.us <sparker2@dhs.state.ia.us>; eidet@dhw.idaho.gov <eidet@dhw.idaho.gov>; donna.proffitt@dmas.virginia.gov <donna.proffitt@dmas.virginia.gov>; rhonda.driver@dss.mo.gov <rhonda.driver@dss.mo.gov>; chris.johnson@fssa.in.gov <chris.johnson@fssa.in.gov>; nicole.nguyen@hca.wa.gov <nicole.nguyen@hca.wa.gov>; axm14@health.state.ny.us <axm14@health.state.ny.us>; andy.vasquez@hhsc.state.tx.us <andy.vasquez@hhsc.state.tx.us>; Arndt, Lisa; margaret.scott@jfs.ohio.gov <margaret.scott@jfs.ohio.gov>; KMelton@kdheks.gov <KMelton@kdheks.gov>; cindy.gray@ky.gov <cindy.gray@ky.gov>; rachel.broussard2@la.gov <rachel.broussard2@la.gov>; jennifer.palow@maine.gov <jennifer.palow@maine.gov>; kelli.littlejohn@medicaid.alabama.gov <kelli.littlejohn@medicaid.alabama.gov>; Judith.Clark@medicaid.ms.gov <Judith.Clark@medicaid.ms.gov>; okeefet@michigan.gov <okeefet@michigan.gov>; dcampana@mt.gov <dcampana@mt.gov>; bjoyce@nd.gov <bjoyce@nd.gov>; lisa.devries@nebraska.gov <lisa.devries@nebraska.gov>; nancy.nesser@okhca.org <nancy.nesser@okhca.org>; c-tcathers@pa.gov <c-tcathers@pa.gov>; cynthia.denemark@state.de.us <cynthia.denemark@state.de.us>; paul.jeffrey@state.ma.us <paul.jeffrey@state.ma.us>; adam.a.pavek@state.mn.us <adam.a.pavek@state.mn.us>; tonya.pamatian@state.nm.us <tonya.pamatian@state.nm.us>; ralph.m.magrish@state.or.us <ralph.m.magrish@state.or.us>; mike.jockheck@state.sd.us <mike.jockheck@state.sd.us>; nancy.hogue@state.vt.us <nancy.hogue@state.vt.us>; bryan.leibowitz@tn.gov <bryan.leibowitz@tn.gov>; tmorley@utah.gov <tmorley@utah.gov>; lynn.radmer@wisconsin.gov <lynn.radmer@wisconsin.gov>; peggy.a.king@wv.gov <peggy.a.king@wv.gov>; cori.cooper@wyo.gov <cori.cooper@wyo.gov>; bennyridout@yahoo.com <bennyridout@yahoo.com>
**Subject**: RE: $4 generic (and other similar) programs

CO is like SC

Cathy Traugott, R.Ph., J.D.
Pharmacy Section Manager
Department of Health Care Policy and Financing
1570 Grant Street
Denver, CO 80203
Phone: 303-866-6338
Fax: 303-866-3590
cathy.traugott@state.co.us
Colorado.gov/hcpf

 Please consider the environment before printing this e-mail.

*This e-mail message and any included attachments, from the Colorado Department of Health Care Policy & Financing, are confidential and intended solely for the use of the individual or entity to which it is addressed.  The information contained herein may include protected health information or otherwise privileged information.  Unauthorized review, forwarding, printing, copying, distributing, or using such information is strictly prohibited and may be unlawful. If you received this message in error, please notify the sender by reply to this message and delete the email without disclosure.  Thank you!*

---

**From:** James Assey, R.Ph [mailto:Asseyj@scdhhs.gov]
**Sent:** Wednesday, June 27, 2012 1:14 PM
**To:** Charles Sandler; Anne Wells; Chad Hope; Suzette Bridges; Suzanne Berman; Jim Zakszewski; Charlene Fairfax; Linda Wiant; Coleen Lawrence; Harry Hendrix; Caroline Sojourner; Lisa Weeks; Lise Farrand; Susan Parker; Tamara Eide; Donna Proffitt; Rhonda Driver; Chris Johnson; Nicole Nguyen (HCA); Anthony Merola; Andy Vasquez; Lisa Arndt; Margaret Scott; Kelley [KDHE] Melton; Cindy Gray; Rachel Broussard; Jennifer Palow; Kelli Littlejohn; Judith P. Clark; Trish O'Keefe; Dave Campana; Brendan Joyce; Lisa deVries; Nancy Nesser; Terri Cathers; Traugott, Cathy; Cindy Denemark; Paul Jeffrey; Adam Pavek; Tonya Pamatian; MAGRISH Ralph M; Mike Jockheck; Nancy Hogue; Bryan Leibowitz; Tim Morley; Lynn Radmer; Peggy A King; Cori Cooper; Benny Ridout
**Subject:** RE: $4 generic (and other similar) programs

SC Medicaid like Maryland. We find that those pharmacies who advertise and offer the $4.00/$10.00/free prescriptions bill Medicaid at that rate as well. If you have to pay a fee for membership, then those prices are not extended to Medicaid. Nothing in our SPA.

James M. Assey, R.Ph.
Medicaid Pharmacy Consultant
Suite 1041
Pharmacy Services Department
Ph. (803) 898-2875
Fax (803) 255-8353
E-Mail: Asseyj@scdhhs.gov

---

**From:** Charles Sandler [mailto:SandlerC@dhmh.state.md.us]
**Sent:** Wednesday, June 27, 2012 2:12 PM
**To:** Anne Wells; Chad Hope; Suzette Bridges; Suzanne Berman; Jim Zakszewski; Charlene Fairfax; Linda Wiant; Coleen Lawrence; Harry Hendrix; Caroline Sojourner; Lisa Weeks; Lise Farrand; Susan Parker; Tamara Eide; Donna

Proffitt; Rhonda Driver; Chris Johnson; Nicole Nguyen (HCA); Anthony Merola; Andy Vasquez; Lisa Arndt; Margaret Scott; Kelley [KDHE] Melton; Cindy Gray; Rachel Broussard; Jennifer Palow; Kelli Littlejohn; Judith P. Clark; Trish O'Keefe; Dave Campana; Brendan Joyce; Lisa deVries; Nancy Nesser; Terri Cathers; James Assey, R.Ph; Cathy Traugott; Cindy Denemark; Paul Jeffrey; Adam Pavek; Tonya Pamatian; MAGRISH Ralph M; Mike Jockheck; Nancy Hogue; Bryan Leibowitz; Tim Morley; Lynn Radmer; Peggy A King; Cori Cooper; Benny Ridout
**Subject:** RE: $4 generic (and other similar) programs

The same for Maryland if it is an enrollment.  We do audit those who do a $4.00/$10.00 (or similar) promotion including the free antibiotics.
Chuck

>>> "Melton, Kelley [KDHE]" <KMelton@kdheks.gov> 6/27/2012 1:11 PM >>>
Kansas: Like MS & AR

---

**From:** Judith P. Clark [mailto:Judith.Clark@medicaid.ms.gov]
**Sent:** Wednesday, June 27, 2012 12:04 PM
**To:** Suzette Bridges; 'MAGRISH Ralph M'; Adam Pavek; Andy Vasquez; Anne Wells; James Assey; Anthony Merola; Benny Ridout; Brendan Joyce; Bryan Leibowitz; Terri Cathers; Cathy Traugott; Chad Hope; Charlene Fairfax; Chris Johnson; Cindy Gray; Coleen Lawrence; Cori Cooper; Cindy Denemark; Dave Campana; Donna Proffitt; Tamara Eide; Harry Hendrix; Jim Zakszewski; Jennifer Palow; Kelli Littlejohn; Melton, Kelley [KDHE]; Lise Farrand; Lisa Arndt; Lisa deVries; Lisa Weeks; 'Linda Wiant'; Lynn Radmer; Margaret Scott; Mike Jockheck; Hogue, Nancy; Nancy Nesser; Nicole Nguyen (HCA); Trish O'Keefe; Paul Jeffrey; Peggy A King; Rachel Broussard; Rhonda Driver; Charles Sandler; Sojourner, Caroline; Susan Parker; Suzanne Berman; Tim Morley; Tonya Pamatian
**Subject:** RE: $4 generic (and other similar) programs

MS – like AR

---

**From:** Suzette Bridges [mailto:Suzette.Bridges@arkansas.gov]
**Sent:** Wednesday, June 27, 2012 11:51 AM
**To:** 'MAGRISH Ralph M'; Adam Pavek; Andy Vasquez; Anne Wells; James Assey; Anthony Merola; Benny Ridout; Brendan Joyce; Bryan Leibowitz; Terri Cathers; Cathy Traugott; Chad Hope; Charlene Fairfax; Chris Johnson; Cindy Gray; Coleen Lawrence; Cori Cooper; Cindy Denemark; Dave Campana; Donna Proffitt; Tamara Eide; Harry Hendrix; Jim Zakszewski; Jennifer Palow; Judith P. Clark; Kelli Littlejohn; Kelley Melton; Lise Farrand; Lisa Arndt; Lisa deVries; Lisa Weeks; 'Linda Wiant'; Lynn Radmer; Margaret Scott; Mike Jockheck; Hogue, Nancy; Nancy Nesser; Nicole Nguyen (HCA); Trish O'Keefe; Paul Jeffrey; Peggy A King; Rachel Broussard; Rhonda Driver; Charles Sandler; Sojourner, Caroline; Susan Parker; Suzanne Berman; Tim Morley; Tonya Pamatian
**Subject:** RE: $4 generic (and other similar) programs

Because it's an enrollment…we are told it cannot be considered a discount program …. And the rest of the story…it's not audited as U/C

---

**From:** MAGRISH Ralph M [mailto:ralph.m.magrish@state.or.us]
**Sent:** Wednesday, June 27, 2012 11:42 AM
**To:** Adam Pavek; Andy Vasquez; Anne Wells; James Assey; Anthony Merola; Benny Ridout; Brendan Joyce; Bryan Leibowitz; Terri Cathers; Cathy Traugott; Chad Hope; Charlene Fairfax; Chris Johnson; Cindy Gray; Coleen Lawrence; Cori Cooper; Cindy Denemark; Dave Campana; Donna Proffitt; Tamara Eide; Harry Hendrix; Jim Zakszewski; Jennifer Palow; Judith P. Clark; Kelli Littlejohn; Kelley Melton; Lise Farrand; Lisa Arndt; Lisa deVries; Lisa Weeks; 'Linda Wiant'; Lynn Radmer; Margaret Scott; Mike Jockheck; Hogue, Nancy; Nancy Nesser; Nicole Nguyen (HCA); Trish O'Keefe; Paul Jeffrey; Peggy A King; Rachel Broussard; Ralph M MAGRISH; Rhonda Driver; Charles Sandler; Sojourner, Caroline; Susan Parker; Suzanne Berman; Suzette Bridges; Tim Morley; Tonya

Pamatian
**Subject:** RE: $4 generic (and other similar) programs

Linda-its not in our SPA because there is no federal definition of U & C for anyone to actually conform to. We only refernce U & C as part of our lesser of payment algoritym in the SPA. The good people in CT are the real experts on this and I encourage you to talk to them. Our definition in rule is;

## A pharmacy's charge to the general public that reflects all advertised savings, discounts, special promotions, or other programs including membership based discounts, initiated to reduce prices for product costs available to the general public, a special population, or an inclusive category of customers;

Ralph

---

**From:** Linda Wiant [mailto:lwiant@dch.ga.gov]
**Sent:** Wednesday, June 27, 2012 6:51 AM
**To:** Sojourner, Caroline; Adam Pavek; Andy Vasquez; Anne Wells; Anthony Merola; Benny Ridout; Brendan Joyce; Bryan Leibowitz; Cathy Traugott; Chad Hope; Charlene Fairfax; Charles Sandler; Chris Johnson; Cindy Denemark; Cindy Gray; Coleen Lawrence; Cori Cooper; Dave Campana; Donna Proffitt; Harry Hendrix; Hogue, Nancy; James Assey; Jennifer Palow; Jim Zakszewski; Judith P. Clark; Kelley Melton; Kelli Littlejohn; Lisa Arndt; Lisa deVries; Lisa Weeks; Lise Farrand; Lynn Radmer; Margaret Scott; Mike Jockheck; Nancy Nesser; Nicole Nguyen (HCA); Paul Jeffrey; Peggy A King; Rachel Broussard; Ralph M MAGRISH; Rhonda Driver; Susan Parker; Suzanne Berman; Suzette Bridges; Tamara Eide; Terri Cathers; Tim Morley; Tonya Pamatian; Trish O'Keefe
**Subject:** $4 generic (and other similar) programs

We have been looking into billing by pharmacies that offer and publish $0 or low dollar generic programs. What are you all doing about the programs that charge an "enrollment fee" like Walgreens? Do you consider those to be their U&C prices or because it has an enrollment fee, does that exempt them from the U&C requirement? If you are considering U&C to be applicable to those programs, did you have to make a change to policy or submit a SPA to do so?

Thanks!
Linda

**Linda Wiant, Pharm.D.**
*Director of Pharmacy*
Georgia Department of Community Health
Division of Medical Assistance Plans
2 Peachtree St., NW
Atlanta, GA 30303
404-657-9092 (Office)
678-605-6857 (Fax)
lwiant@dch.ga.gov

Reader Advisory Notice: Email to and from a Georgia state agency is generally public record, except for content that is confidential under specific laws. Security by encryption is applied to all confidential information sent by email from the Georgia Department of Community Health.

NOTICE: The Arkansas Department of Human Services has determined that this message may contain confidential or otherwise protected information. We have used transport encryption to help protect this message while in transit to you. Please take all reasonable measures to protect any protected or confidential data that might be in this message, including the limitation of re-disclosure to the minimum number of recipients necessary. Please report any inappropriate disclosure to https://dhs.arkansas.gov/reporting or as required by

```
law.
KDHE Disclaimer

**********************************************************************

HIPAA Privacy Statement, Email Confidentiality Statement: This message

and accompanying documents are covered by the Electronic

Communications Privacy Act, 18 U.S.C. Secs. 2510-2521, and the Health

Insurance Portability and Accountability Act, 42 U.S.C. Sec. 1320d,

et seq, and contain information intended for the specified

individual(s) only.  This information is confidential.

If you are not the intended recipient or an agent responsible for

delivering it to the intended recipient, you are hereby notified that

you have received this document in error and that any review,

dissemination, copying, or the taking of any action based on the

contents of this information is strictly prohibited.  If you have

received this communication in error, please notify us immediately

by E-mail, and delete the original message.

**********************************************************************
```

===============================================================================
**Confidentiality Note**

This message is intended for the use of the person or entity to which it is addressed and may contain information, including health information, that is privileged, confidential, and the disclosure of which is governed by applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is STRICTLY PROHIBITED.

If you have received this in error, please notify us immediately and destroy the related message.