# Exhibit A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SHEET METAL WORKERS LOCAL NO. 20 WELFARE AND BENEFIT FUND, and INDIANA CARPENTERS WELFARE FUND, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CVS PHARMACY, INC. and CAREMARK, L.L.C.,<br><br>Defendants. | Case No. 1:16-cv-00046-S |
| PLUMBERS WELFARE FUND, LOCAL 130, U.A., on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CVS PHARMACY, INC. and CAREMARK, L.L.C.,<br><br>Defendants. | Case No. 1:16-cv-00447-S<br><br>**Oral argument requested** |

## CAREMARK L.L.C'S MOTION
## UNDER THE FEDERAL ARBITRATION ACT TO DISMISS THE CLAIMS OF
## SHEET METAL WORKERS LOCAL NO. 20 WELFARE AND BENEFIT FUND

Defendant Caremark, L.L.C. ("Caremark") hereby moves under the Federal Arbitration Act, 9 U.S.C. §§ 2, 4 to dismiss the claims of Sheet Metal Workers Local No. 20 Welfare and Benefit Fund. In support of this motion, Caremark relies on the memorandum filed herewith.

Caremark respectfully requests that the Court set this motion for oral argument at the same time as the oral argument on Plaintiffs' Motion for Class Certification (Dkt. No. 120). Caremark

1

anticipates the argument regarding this motion will require no more than fifteen additional minutes per side.

DATED:  July 17, 2019         Respectfully submitted,

By: /s/ *Robert C. Corrente*

Robert C. Corrente (RI Bar No. 2632)
WHELAN, CORRENTE & FLANDERS LLP
100 Westminster Street, Suite 710
Providence, RI 02903
Telephone: (401) 270-4500
Facsimile: (401) 270-3760
rcorrente@whelancorrente.com

Enu Mainigi (*Pro Hac Vice*)
Craig D. Singer (*Pro Hac Vice*)
William T. Burke (*Pro Hac Vice*)
Grant A. Geyerman (*Pro Hac Vice*)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
emainigi@wc.com
csinger@wc.com
wburke@wc.com
ggeyerman@wc.com
khoover@wc.com

*Attorneys for Caremark, L.L.C.*